UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

THE HORNED DORSET PRIMAVERA, INC.

Debtor

CASE NO. 15-03837(ESL)

CHAPTER 11

NOTICE OF APPEARANCE AND REQUEST
TO BE SERVED WITH NOTICES AND PLEADINGS

TO THE HONORABLE COURT:

COME NOW, Francisco J. Domenech Fernández and Verónica Ferraiuoli Hornedo ("Mr. Fernández and Mrs. Ferraiuoli"), through the undersigned counsel, and respectfully state and request:

1. Mr. Fernández and Mrs. Ferraiuoli are Debtor's creditors with a claim.

2. Mr. Fernández and Mrs. Ferraiuoli have retained the undersigned law firm to represent them in this case.

3. Consequently, it is requested that all notices required to be issued in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and copy of all documents which may be filed, be served on Mr. Fernández and Mrs. Ferraiuoli through the undersigned law firm.

WHEREFORE, it is respectfully requested that all notices required to be issued in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and copy of all documents which may be filed, be served on Mr. Fernández and Mrs. Ferraiuoli through the undersigned law firm.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

| | |
|---|---|
| The Horned Dorset Primavera, Inc. | Case No. 15-03837(ESL) |
| Notice of Appearance | Page 2 |

system, which will send notification of such filing to the Assistant US Trustee and to all CM/ECF participants.

San Juan, Puerto Rico, this 30th day of July, 2015.

                                                  S/CHARLES A. CUPRILL-HERNÁNDEZ
USDC-PR 114312
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel: 787-977-0515
Fax: 787-977-0518
E-mail:  ccuprill@cuprill.com

Case:15-03837-ESL11  Doc#:44  Filed:07/30/15  Entered:07/30/15 14:52:43  Desc: Main
Document    Page 2 of 2