**GARCIA-ARREGUI & FULLANA LAW OFFICES**
252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

Mr. Wilhelm Sack
The Horned Dorset Primavera Inc
Rincon PR 00677

November 06, 2015

Invoice # 11047

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/3/2015 | Initial interview with client; Advice as to requirements and consequences of filing for relief pursuant to the provision of Chapter 11. | 2.60 250.00/hr | 650.00 |
| 4/20/2015 | Phone call with Wilhelm Sacks, as to filing; Several email in re: information concerning the filing of the petition. | 0.60 250.00/hr | 150.00 |
| 4/23/2015 | Meeting with Mr. Woolen Sack / Rincon, P.R. (10:00am-12:00m) | 2.50 250.00/hr | 625.00 |
| 4/24/2015 | Email from Mr. Sack; Email to Lic. Bennazar to coordinate meeting with him to review documentation. | 0.60 250.00/hr | 150.00 |
| 4/28/2015 | Phone conference with Lic. Bennazar in re: documents requested lease agreement and deed of usufruct. | 0.60 250.00/hr | 150.00 |
| 4/30/2015 | Receipt, review and lodging of several emails from client in re: pending financial information & listing of creditors. | 0.80 250.00/hr | 200.00 |
| 5/4/2015 | email document/memo received from client in re: payment of insurance company. | 0.60 250.00/hr | 150.00 |
| 5/5/2015 | Research on claim for personal injury complaint filed in Federal Court. | 0.40 125.00/hr | 50.00 |
| 5/6/2015 | Phone call to Lic. Bennazar in re: claims & complaints pending. | 0.60 250.00/hr | 150.00 |

Mr. Wilhelm Sack

Page 2

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 5/6/2015 | Receipt email from client: reply to same in re: filing & requested information. | 0.60 250.00/hr | 150.00 |
| | Phone conference with Lic. Bennazar in re: pending collection of monies. | 0.60 250.00/hr | 150.00 |
| 5/7/2015 | Receipt, review and lodging of copy of complaint filed by Domenech. | 0.60 250.00/hr | 150.00 |
| 5/12/2015 | Complaint information / Tax Returns. | 1.00 250.00/hr | 250.00 |
| | Review of several email missing information in order to prepare schedule & petitions; Phone conference with Lic. Bennazar. | 1.50 250.00/hr | 375.00 |
| 5/13/2015 | Phone conference with Mr. Sack in re: information request. | 0.60 250.00/hr | 150.00 |
| | Several emails between Lic. Bennazar regarding corporate documentation & information concerning debts & account receivables. | 1.50 250.00/hr | 375.00 |
| 5/14/2015 | Receipt and review information as to amounts owed and addressed, list of equity holders/accounts receivables. | 1.60 250.00/hr | 400.00 |
| | Preparation of initial legal memorandum or motion to be filed with the court/compilation of information received. Review deeds and other documents, RE: usufruct, easement. | 1.80 250.00/hr | 450.00 |
| 5/16/2015 | Meeting with debtor offices to discuss information and documentation for filing. | 2.50 250.00/hr | 625.00 |
| | Review documents complaints filed, inventory. Meeting with officer of corp. | 2.00 250.00/hr | 500.00 |
| 5/19/2015 | Review email confirming information submitted and to amended draft of petition and schedules. | 0.80 250.00/hr | 200.00 |
| 5/21/2015 | Review final pleading and petition. Review and correction as to directors officers of the corporation. Discussion with client. | 1.80 250.00/hr | 450.00 |
| 5/22/2015 | Drafting motion pursuant to Rule 4002-1 | 0.80 250.00/hr | 200.00 |
| | Preparation of initial legal memorandum to client. Duties of debtor in possession. Requirements of reporting. Email copy of the automatic stay of client. | 1.00 250.00/hr | 250.00 |
| | Draft memo to client informing duties and providing copy of notice of filing. | 1.00 250.00/hr | 250.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 5/26/2015 | Email with client concerns as to timing of filing and debt with utilities. Review of corporate documents and direction info. | 0.60 250.00/hr | 150.00 |
| | Receipt email from client, Re: communication from AAA. Reply to AAA. | 0.80 250.00/hr | 200.00 |
| | Receiving email or memo from client, Re: Payments by American Express. | 0.20 250.00/hr | 50.00 |
| | Drafting and sending email or memo to client, information concerning AEE utility services, last invoice. | 0.60 250.00/hr | 150.00 |
| | Receipt, review and lodging of motion appearance of Lic. Cintron, phone conference. | 0.60 250.00/hr | 150.00 |
| 5/27/2015 | Email document / memo received from general manager. Re case pending before federal district court. Compensation to officer of the corporation. | 0.60 250.00/hr | 150.00 |
| 5/28/2015 | Receipt, review and lodging of IDI letter from US trustee's office scheduling IDI in the case. Email to client notifying date and required documentation. | 0.40 250.00/hr | 100.00 |
| | Preparation of initial legal memorandum or motion to be filed with the court; application for employment as debtor's counsel. Affidavit and filing. | 1.00 250.00/hr | 250.00 |
| | Phone call with opposing. Atty. Lic. Cayere. Insurance counsel in case before the Federal District Court. Re; status of filing and upcoming trial. Effect of automatic stay on debtor vs. insurance company. | 0.60 250.00/hr | 150.00 |
| 5/29/2015 | Review judicial web page. Foreclosure cases filed relating to the property where the hotel is located. Phone conference with Lic. Bennazar as to status of same. Consent judgment for 1.7 millions. | 0.80 250.00/hr | 200.00 |
| | email document/ memo received from client. Re; article published in El Nuevo Dia. Re; filing for reorganization. | 0.20 250.00/hr | 50.00 |
| | Receipt, review and lodging of ECF motions or notification from court. RE: date scheduling 341 hearing. Notice to client and information required to compile the IDI requirements. Email to client. | 0.40 250.00/hr | 100.00 |
| 6/1/2015 | email document/ memo received from client. Re; harassing calls from alleged parties mentioned that they have acquired the hotel. Advise as to payment of operating expenses of the corporation. | 0.60 250.00/hr | 150.00 |

Mr. Wilhelm Sack

Page 4

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 6/1/2015 | Drafted letter to PRASA to coordinate a meeting to reach and agreement of adequate assurance also addressed the issues that Mr. Nazario mentioned in his email to Debtor. | 0.80<br>125.00/hr | 100.00 |
| | Legal Research as to debtors defenses, as "usufructuario" against foreclosure procedure, and research as to cases filed in state court against to owner of the property where the debtor operates. | 1.80<br>125.00/hr | 225.00 |
| 6/2/2015 | Drafted letter to PREPA requesting a meeting to discuss adequate assurance. | 0.20<br>125.00/hr | 25.00 |
| 6/3/2015 | Draft email to Zenaida Feliciano, RE: Debt claimed by Swisher. | 0.60<br>250.00/hr | 150.00 |
| | Draft email to Lic. Bennazar. RE: complaints field by Banco Popular. | 0.60<br>250.00/hr | 150.00 |
| 6/5/2015 | Receiving email or memo from client letter from AEE adequate assurance. Deposit from AAA. | 0.22<br>250.00/hr | 55.00 |
| | Receiving email or memo from Brugueras as to deposit AAA. | 0.30<br>250.00/hr | 75.00 |
| 6/8/2015 | Receipt, review and lodging of copy of motion. | 0.60<br>250.00/hr | 150.00 |
| 6/10/2015 | Drafted motion contesting the adequate assurance deposit requested by PRASA and requested that it be lowered. | 2.30<br>125.00/hr | 287.50 |
| | Receipt, review service email from debtor of office and Juan Bruno. | 0.60<br>250.00/hr | 150.00 |
| 6/11/2015 | Review formal draft of motion for adequate assurance AAA. Letter to Mrs. Brugueras. | 1.00<br>250.00/hr | 250.00 |
| | Phone conference with client. Re: payment of adequate assurance to AEE and AAA. | 0.60<br>250.00/hr | 150.00 |
| | Drafted letter to Ana Brugueras from PRASA informing the requested adequate assurance is to high and informing her of filed motion. | 0.30<br>125.00/hr | 37.50 |
| | Worked on draft to request modification of adequate assurance from PRASA. | 3.10<br>125.00/hr | 387.50 |
| 6/12/2015 | Drafted motion notifying of typographical error in Docket No. 16. | 0.30<br>125.00/hr | 37.50 |
| 6/15/2015 | Meeting at PREPA facilities. Lic. Castro, Sra. Gorbea. Adequate assurance proposal. | 1.00<br>250.00/hr | 250.00 |

Mr. Wilhelm Sack | | | Page 5

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 6/16/2015 | Preparation documentation IDI in preparation for reunion. | 1.80 250.00/hr | 450.00 |
| | phone call with Mrs. Brugueras in regard to the motion filed contesting the adequate assurance requested by PRASA. | 0.20 125.00/hr | 25.00 |
| | Meeting debtor / CPA and Lcdo. Bennazar. | 2.00 250.00/hr | 500.00 |
| 6/17/2015 | Preparation documents for I.D.I | 2.20 125.00/hr | 275.00 |
| | Compile information IDI | 2.00 250.00/hr | 500.00 |
| 6/22/2015 | Email MOR from accountant included for review. | 0.60 250.00/hr | 150.00 |
| | Appearance IDI - rescheduled for 2:30 p.m. | 0.30 250.00/hr | 75.00 |
| | Receiving email or memo from PREPA evaluating proposed adequate assurance. | 0.60 250.00/hr | 150.00 |
| | Email to Lic. Cintrón. Review offer adequate assurance. | 0.60 250.00/hr | 150.00 |
| | IDI Meeting, 2:00-4:00 P.M. | 2.00 250.00/hr | 500.00 |
| 6/23/2015 | Receipt, review and lodging of motion to lift stay/file by case. Informe District Court. | 0.60 250.00/hr | 150.00 |
| | Review certificate of source for left of summons. Notice was defected as the 20 largest creditors were not serviced. | 0.20 125.00/hr | 25.00 |
| 6/24/2015 | Status motion for adequate assurance AAA. Notice to part. | 0.10 250.00/hr | 25.00 |
| 6/25/2015 | Meeting at Bennazar office, Present Mr. Bechara, Rafael Soto, Lic. Bennazar, & Wilhelm Sacks. | 2.50 250.00/hr | 625.00 |
| 6/26/2015 | Proof of claim by V. Suarez. | 0.60 250.00/hr | 150.00 |
| 6/29/2015 | Draft letter to Counsel Soto in regard to possible intervention at foreclosure case in state court. | 1.70 125.00/hr | 212.50 |
| | Drafted reply letter to Mrs. Brugueras from PRASA in regard to the adequate assurance request. | 0.90 125.00/hr | 112.50 |

Mr. Wilhelm Sack

Page 6

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 6/29/2015 | Legal Research as the right of intervention of the holder of a claim in a foreclosures procedures. | 1.10 125.00/hr | 137.50 |
| | Draft letter to Lic. Soto | 0.60 250.00/hr | 150.00 |
| | Legal Research - ejecución de hipoteca. | 0.80 250.00/hr | 200.00 |
| | Receiving email or memo from Sacks offer, $950,000.00 | 0.60 250.00/hr | 150.00 |
| 6/30/2015 | Receipt, review order granting adequate assurance AAA. Email to client as to first payment. | 0.60 250.00/hr | 150.00 |
| | Drafted motion to Quash Service of Motion to Lift stay. | 0.50 125.00/hr | 62.50 |
| | phone call to Mrs. Ana Brugueras regarding adequate assurance letter and letter from PRASA indicating that the account will be cancelled. | 0.20 125.00/hr | 25.00 |
| 7/1/2015 | Review and analyzed complaint for consent to foreclose property where the Hotel operates subscribed by BPPR and ITC. | 1.30 125.00/hr | 162.50 |
| 7/3/2015 | Prepare for 341 hearing documents. | 0.60 250.00/hr | 150.00 |
| 7/6/2015 | Conference with Eduardo Veray. Re; letter canceling accounts and new accounts. | 0.30 250.00/hr | 75.00 |
| | Email to Mr. Sack. Re: documents pending. | 0.60 250.00/hr | 150.00 |
| | Receiving email or memo from Mr. Sack. RE; 341 hearing. | 0.30 250.00/hr | 75.00 |
| | Appearance at 341 hearing, 8:30-11:00 | 3.00 250.00/hr | 750.00 |
| 7/7/2015 | Phone conference Lic. Cancio (counsel for insurance) position as to Debtors stay of proceeding file before. | 0.80 250.00/hr | 200.00 |
| | Review motion filed by creditor Blomquist to have a new summons and discussed with counselor Fullana if an objection should be filed. | 1.20 125.00/hr | 150.00 |
| | Receipt, review email from Sack. Re: property sold to stateside corporation. | 0.60 250.00/hr | 150.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2015 | Legal Research as the case law argued by Universal Insurance to have automatic stay extended to them. | 1.60 250.00/hr | 400.00 |
| | Lic. Cayere/email Lic. Cancio - position as motion to lift stay. jcayere@yahoo.com | 0.30 250.00/hr | 75.00 |
| 7/8/2015 | Legal Research as to validity of a foreclosure sentence in which de HDP was not a part of, and when the HDP has usufruct recorded. | 1.80 250.00/hr | 450.00 |
| | phone call with counsel Veray from BPPR regarding the foreclosure case of the property where the Hotel operate. | 0.20 125.00/hr | 25.00 |
| 7/9/2015 | Drafted second letter to Lcdo. Soto regarding the foreclosure case in Aguada, and request copy of the file as he is the defendants attorney. | 2.40 125.00/hr | 300.00 |
| | Notice of entry of judgment in Aguada case. | 0.60 250.00/hr | 150.00 |
| 7/10/2015 | Phone call with title study company for the title study of the segregation made to the HDP property. | 0.10 125.00/hr | 12.50 |
| 7/13/2015 | Reviewed and analyzed the sentence of the case against inmobiliaria T&C in the Aguada court. | 1.30 125.00/hr | 162.50 |
| 7/14/2015 | Reviewed and analyzed letter from PREPA rejecting our offer and discussed with counsel Fullana course of action. | 0.20 125.00/hr | 25.00 |
| 7/15/2015 | Corrections to motion to modify adequate assurance. | 0.20 125.00/hr | 25.00 |
| | Worked on motion to alter adequate assurance requested by PREPA. | 1.60 125.00/hr | 200.00 |
| 7/16/2015 | Draft email, RE: copies of payment made to AEE in the months prior to the filing. | 0.60 250.00/hr | 150.00 |
| | Meeting with Lcdo. Cayere. | 1.00 125.00/hr | 125.00 |
| | Research as to the arguments presented by Counsel Cayere to oppose to the lifting of stay filed by Bloomquist in preparation for meeting. | 0.80 125.00/hr | 100.00 |
| | Legal Research motion to lift stay 30 day have passed. Motion needs to be set aside. | 1.00 250.00/hr | 250.00 |
| | Review draft motion to modification adequate assurance. Email to Zenaida Feliciano. | 0.60 250.00/hr | 150.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/16/2015 | Meeting with Lic. Cayera | 1.00<br>250.00/hr | 250.00 |
| 7/17/2015 | phone call to Lic. Bennazar. RE: application special counsel. | 0.60<br>250.00/hr | 150.00 |
| | Receipt, review and lodging evidence of payment pursuant payment plan to AEE. | 0.60<br>250.00/hr | 150.00 |
| | Received documents from CPA Rivera for request for employment drafting application. | 0.80<br>250.00/hr | 200.00 |
| | Final draft of motion to modify adequate assurance from PREPA. | 0.30<br>125.00/hr | 37.50 |
| 7/18/2015 | Email to counselor Cayere regarding new summons for lifting of stay and requested meeting. | 0.10<br>125.00/hr | 12.50 |
| 7/20/2015 | Phone conference/creditor. RE: Chef Aquino/Vacations. | 0.60<br>250.00/hr | 150.00 |
| | Receipt, review and lodging email from accountant. RE: still information need from reports. | 0.60<br>250.00/hr | 150.00 |
| | Receipt email from client. RE: Claim by former employer. Reply to same. | 0.60<br>250.00/hr | 150.00 |
| | Phone conference with Lic. Heidi Miranda. RE: Swifter assume contract. | 0.60<br>250.00/hr | 150.00 |
| | Receipt, review and lodging email from CPA requesting time to complete MOR and file. | 0.30<br>250.00/hr | 75.00 |
| 7/21/2015 | Drafting motion extension of time to file reports. | 0.80<br>250.00/hr | 200.00 |
| | Receipt several emails, concerning payment of utilities and request payment for vacations. Review information submitted and provisional Bank Code. | 0.80<br>250.00/hr | 200.00 |
| | Review final version reply to motion to lift stay request for dismissal. | 0.80<br>250.00/hr | 200.00 |
| | Drafted motion to dismiss to lift stay. | 4.30<br>125.00/hr | 537.50 |
| 7/23/2015 | Review and analyzed the order, received regarding the motion to lift stay. | 0.20<br>125.00/hr | 25.00 |
| 7/24/2015 | Email from Mr. Sack. RE: Property taxes/Reply. | 0.60<br>250.00/hr | 150.00 |

Mr. Wilhelm Sack

Page 9

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/24/2015 | Review email from debtor. RE: CRIM and evidence insurance payment and policy. | 0.60 250.00/hr | 150.00 |
| 7/27/2015 | phone call with accountant. RE: information as to payment made pre petition. | 0.30 250.00/hr | 75.00 |
| | email document/ memo received from client as to payment to AAA. | 0.30 250.00/hr | 75.00 |
| | email document/ memo received from client as to payment for AAA. | 0.30 250.00/hr | 75.00 |
| 7/29/2015 | Receipt, review and lodging email enclosing copy of deed restrictive conditions. | 0.60 250.00/hr | 150.00 |
| | Review deed of restriction covenants. | 0.80 250.00/hr | 200.00 |
| 7/30/2015 | Review proof of claim filed by Mr. Domenech. | 0.80 250.00/hr | 200.00 |
| | Review and analyzed Claim 10 received from Mr. Domenech and Mrs. Ferraiolli. | 0.50 125.00/hr | 62.50 |
| | Review client of restrictive covenants. | 0.80 250.00/hr | 200.00 |
| 8/3/2015 | Legal Research - Special counsel appointed adverse effect. Drafting application. | 1.80 250.00/hr | 450.00 |
| | Meeting with Cardona Jimenez. Counsel for interested party in acquiring hotel business | 1.00 250.00/hr | 250.00 |
| 8/4/2015 | phone call to coordinate. Reunión Lic. Giselle López Soler. | 0.30 250.00/hr | 75.00 |
| 8/5/2015 | Reviewed and analyzed the insurance policy submitted by Lcdo. Boneta in order to check possible liabilities to Debtor. | 0.80 125.00/hr | 100.00 |
| | Reporte Mensuales, Contrato/Deposito. | 0.60 250.00/hr | 150.00 |
| | Conference with Lic. Bennazar. RE: Deeds executed by Domenech/Ferraioulli objection to claim / offer of potential inversion. | 0.80 250.00/hr | 200.00 |
| 8/6/2015 | Email from client as to payment of retainer accountant | 0.30 250.00/hr | 75.00 |
| | Email to client with instructions given by Mrs. Brugueras. | 0.10 125.00/hr | 12.50 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/6/2015 | Discussion as to reply to motion to lift stay. | 0.60<br>250.00/hr | 150.00 |
| | Review MOR filing. | 0.30<br>250.00/hr | 75.00 |
| | phone call to Ana Brugueras regarding second payment of deposit. | 0.30<br>125.00/hr | 37.50 |
| | phone call with Lcdo. Boneta regarding modification of stay. | 0.30<br>125.00/hr | 37.50 |
| | Drafted motion to alter or amend order for modification of stay. | 2.80<br>125.00/hr | 350.00 |
| | Receipt, review and lodging opposition to request for adequate assurance feel by PREPA. | 0.80<br>250.00/hr | 200.00 |
| | Letter to client new invoices from AAA & AEE. Reminder as to deposit payment. | 0.60<br>250.00/hr | 150.00 |
| 8/7/2015 | Drafted motion to strike PREPA's late opposition. | 1.60<br>125.00/hr | 200.00 |
| | Review from draft and motion to strike. | 0.60<br>250.00/hr | 150.00 |
| | Reviewed and analyzed PREPA's motion and exhibits as they further support our claim. | 0.50<br>125.00/hr | 62.50 |
| 8/10/2015 | Receipt several email from Hector concerning payment of adequate assurance to AAA and regular payment. Reply to same. | 0.60<br>250.00/hr | 150.00 |
| | Final drafting application for special counsel. | 1.00<br>250.00/hr | 250.00 |
| | Reviewed and analyzed Atty. Boneta's opposition to motion to alter or amend. | 0.30<br>250.00/hr | 75.00 |
| 8/11/2015 | phone call conference with Lic. Bennazar. RE: Tourism. | 0.30<br>250.00/hr | 75.00 |
| 8/12/2015 | Email to Ana Brugueras regarding payment of deposit. | 0.20<br>250.00/hr | 50.00 |
| | Phone conference Lic. Bernnazar. RE: Possible meeting with tourism. | 0.60<br>250.00/hr | 150.00 |
| | Phone conference Lic. Lopéz Tourism Co. as possible statement of amounts owed. | 0.60<br>250.00/hr | 150.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/13/2015 | Receipt, review and lodging email Lic. Lopéz. Phone conference with Bennazar office. | 0.60 250.00/hr | 150.00 |
|  | Phone conference with client re payments to utilities | 0.60 250.00/hr | 150.00 |
| 8/14/2015 | Legal Research as to room tax act and reviewed it against what is claimed by Tourism in there proof of claim. | 1.10 125.00/hr | 137.50 |
| 8/17/2015 | Legal Research - Tourism law terms to asses and collect amounts owed. | 1.00 250.00/hr | 250.00 |
| 8/25/2015 | Analyzed Tourism's proof of claim and compared the chart attached to the one tourism gave our client. In order to prepare with meeting Tourism's attorney. | 3.50 125.00/hr | 437.50 |
|  | Research information concerning payments and taxes owed. Reunion with the Dept. of Tourism. | 6.60 250.00/hr | 1,650.00 |
|  | calculating the amount claimed in proof of claim that is bared by statute of limitations. | 1.10 125.00/hr | 137.50 |
| 8/26/2015 | Review of information in preparation for meeting with Lic. Lopez. | 1.50 250.00/hr | 375.00 |
|  | Meeting with the Tourism Dept. | 2.83 250.00/hr | 708.33 |
| 8/27/2015 | phone call with CPA Pedro Rivera, information and analyzing of invoice. | 0.60 250.00/hr | 150.00 |
| 8/28/2015 | Email to CPA Pedro Rivera documents. | 0.80 250.00/hr | 200.00 |
| 8/31/2015 | Several emails concerning debt with AEE. . | 0.60 250.00/hr | 150.00 |
| 9/1/2015 | Email as to Villa 29, removal of property from rented villa | 0.80 250.00/hr | 200.00 |
| 9/2/2015 | Receipt email from client as to payment to US Trustee / Reply. | 0.60 250.00/hr | 150.00 |
| 9/10/2015 | Reply to letter from PREPA. | 0.80 250.00/hr | 200.00 |
| 9/14/2015 | Email to Ana Brugueras from PRASA regarding payment of security deposit. | 0.20 125.00/hr | 25.00 |
| 9/15/2015 | Draft Motion compliance as to status. | 1.00 250.00/hr | 250.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 9/16/2015 | Receipt, review and lodging of listing invoices for PREPA, email from CPA. | 0.60 250.00/hr | 150.00 |
| | Review and analyzed report made by accountant regarding PREPA's claim for adequate assurance. | 0.30 125.00/hr | 37.50 |
| | Review and analyzed Claim 13 filed by SIFCO. | 0.20 125.00/hr | 25.00 |
| 10/21/2015 | preparing of initial legal memorandum or motion to be filed with the court. Regarding contested matter to include Lic. Fullana's comment | 1.50 125.00/hr | 187.50 |
| | Review and analyzed opposition to motion for reconsideration filed by Att. Boneta | 0.80 125.00/hr | 100.00 |
| | email document/ memo received from Lic. Cintron, regarding adequate assurance offer | 0.30 125.00/hr | 37.50 |
| 10/26/2015 | email document/ memo received from attorney Cintron in reply to previous email | 0.30 125.00/hr | 37.50 |
| 10/27/2015 | Receipt, review and lodging documents sent by Mr. Domenech. Amended complaint | 0.40 125.00/hr | 50.00 |
| 10/28/2015 | Review final draft and response to order to show cause, re Motion to lift stay | 0.60 250.00/hr | 150.00 |
| | Receipt, review and lodging of email from client concerning status PREPA adequate assurance motion | 0.60 250.00/hr | 150.00 |
| | legal research property of estate . Insurance policies | 0.90 125.00/hr | 112.50 |
| | preparing of initial legal memorandum or motion to be filed with the court. Response to order to show cause , reply to motion for reconsideration | 0.60 125.00/hr | 75.00 |
| 10/29/2015 | Legal Research as to case law in regard to adequate assurance from utilities companies. | 0.70 125.00/hr | 87.50 |
| | legal research and initial drafting of motion for contempt against Mr. Domenech violation of stay | 2.00 250.00/hr | 500.00 |
| | email document/ memo received from client concerning restaurant operation | 0.60 250.00/hr | 150.00 |
| | final draft of motion,memorandum and filing with the court by ECM motion for contempt and sanctions | 2.60 250.00/hr | 650.00 |

Mr. Wilhelm Sack

Page 13

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/29/2015 | Receipt, review and lodging of signed copy of catering service. Drafting motion for assumption of catering contract | 1.50 250.00/hr | 375.00 |
| | review file at Court of appeals. Re foreclosure related cas | 0.80 125.00/hr | 100.00 |
| | Legal Research regarding rights of junior liens to the usufructo | 0.90 125.00/hr | 112.50 |
| 10/30/2015 | draft letter to accountant regarding documents needed to file objection to claim 10 and claim 4 | 1.50 125.00/hr | 187.50 |
| | For professional services rendered | 175.25 | $37,138.33 |

Additional Charges :

| | | |
|---|---|---|
| 5/7/2015 | Estado de Situación, Informe Anual 2013 y 2014; Registro de Corporaciones. | 0.60 |
| | Financial Statements year ended April-30-2012 & 2013-2014. | 8.20 |
| 5/15/2015 | Email del 17 de mayo sobre deudas de AEE. | 1.00 |
| 5/20/2015 | Informe de IRS. Notice date 11 de mayo 2015 y 16 de marzo 2015. | 0.60 |
| | Balance de vacaciones y enfermedad. | 4.80 |
| 5/21/2015 | Constitution of reciprocal easements for use of facilities and right of way easement. | 7.00 |
| | Agreement in Mayagüez PR 19 de julio de 2005. | 1.80 |
| | Esc. 36 compra venta con precio aplazado. | 3.20 |
| | Esc. 37 Constitución de usu fructo. | 1.60 |
| | Planilla 2010 | 5.60 |
| | Planillas 2013 | 10.80 |
| 5/22/2015 | Planillas 2013 Pequeños Grandes Hoteles. | 9.40 |
| 5/25/2015 | Demanda Compañia de Turismo vs. HDP. | 2.60 |
| | Complaint Francisco Domenech vs. HDP. | 1.60 |
| | Opinion and order case 3.13 cu 01835 Document 83. | 2.20 |
| 5/28/2015 | Notice of appearance Doc. 5 filed. | 0.40 |

Mr. Wilhelm Sack                                                                                                          Page   14

|            |                                                                                                                                                                                                     | Amount |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
| 5/28/2015  | Notice of appearance and request to be included in master list of creditors.                                                                                                                        | 0.40   |
|            | Memo del 22 de mayo de 2015                                                                                                                                                                         | 0.80   |
|            | Notice I DI                                                                                                                                                                                         | 1.00   |
|            | Verfied statement (Attorneys)                                                                                                                                                                       | 0.60   |
|            | Application to employ attorneys.                                                                                                                                                                    | 0.80   |
|            | Facturas de AEE correspondientes a los meses de abril y mayo 2015.                                                                                                                                  | 0.40   |
| 6/2/2015   | Postage: Carta Lcdo. Jose Cintron y Sra. Maria Gorbea AEE.                                                                                                                                          | 0.96   |
|            | Schedule Doc. I. Filed 05/22/2015                                                                                                                                                                   | 12.80  |
|            | Postage: Carta a la Sra. Ana Brugueras AAA.                                                                                                                                                         | 0.96   |
|            | Carta a la Sra. Brugueras AAA.                                                                                                                                                                      | 0.60   |
|            | Carta Lcdo. Jose Cintron y Sra. Gorbea AEE.                                                                                                                                                         | 0.80   |
| 6/3/2015   | Email del 2 de junio de 2015 a Lcdo. Cintron de AEE.                                                                                                                                                | 0.20   |
|            | Order Doc 12 failed 06/02/2015                                                                                                                                                                      | 0.20   |
| 6/10/2015  | Carta de AEE fechada 29 de mayo 2015 sobre deposito.                                                                                                                                                | 0.20   |
| 6/11/2015  | Motion requesting modifications of adequate assurance requested by PRASA Doc. 16 filed 06/11/2015                                                                                                   | 1.20   |
|            | Carta a Sra. Ana Brugueres de AAA.                                                                                                                                                                  | 0.40   |
| 6/12/2015  | Postage: Carta Sr. Ana Brugueras. "Motion requesting modification of adequate assurance requested by PRASA Doc 16 filed 06/11/2015. Motion notifying typographical error in Docket no. 16-doc 18 filed 06/12/2015. | 0.48   |
|            | motion notifying topographical error in Docket (Doc 18 filed 06/12/2015)                                                                                                                            | 0.80   |
| 6/15/2015  | Motion notifying Typographical error on Doc entry No. 16 Doc. 18 filed 06/12/2015                                                                                                                   | 3.20   |
|            | Postage: Motion requesting modification of adequate assurance requested by PRASA. Doc 16 filed 06/11/2015. Motion notifying typographical error in Docket entry No. 16 Doc 18 filed 06/12/2015      | 0.48   |
| 6/17/2015  | Filing fees for petition/ chap 11 , 1039.00                                                                                                                                                         | 1,717.00 |
|            | Mensajería: Entregar Documentacion. Initial Debtor Interview.                                                                                                                                       | 16.00  |

Mr. Wilhelm Sack	Page 15

| Date | Description | Amount |
|---|---|---:|
| 6/18/2015 | Email | 0.20 |
| 6/19/2015 | Documentos para el IDI | 139.20 |
| 6/29/2015 | Postage: Carta Lcdo. Soto Vega. | 0.48 |
| | Fax: Carta a la Lcda. Brugueras. | 0.20 |
| | Postage: Carta a la Sra. Ana Brugueras. | 0.48 |
| | Carta a Sra. Brugueras | 0.40 |
| | Carta a Lcdo. Soto Vega. | 0.40 |
| 7/1/2015 | costo estudio titulo, Propiedad 3834 Rincon. | 60.00 |
| | Postage: Cheque a Lex terra. | 0.48 |
| 7/2/2015 | Estudio de titulo. Finca 3834. | 0.60 |
| 7/3/2015 | Postage: Motion to quash and dismiss. "Motion for relief from stay to allow civil litigation to proceed. Docket no. 23 Docket 28 filed 07/02/2015. | 0.48 |
| | Postage: Pago de juramentación del Estudio de Titulo. | 0.48 |
| | Consentimiento de jurado a que se dicte sentencia a tenor con la regla 35.4 de los pliegues de procedimiento civil vigentes. | 3.80 |
| | Motion to quash and dismiss. "Motion for relief from stay to allow civil litigation to proceed Docket No. 23, Doc 28 filed 07/02/2015. | 1.00 |
| | Juramentacion. | 25.00 |
| 7/6/2015 | Delivery Cost Entregar cheque a Sra. Ana Bruguera AAA. | 8.00 |
| | Cost of parking | 5.35 |
| 7/9/2015 | Postage: Letter to Lcdo. Soto with copy to HDP and Lcdo Bennaazar. | 1.44 |
| 7/10/2015 | Carta Lcdo. Soto | 0.60 |
| | Minutes of meeting of creditors. Doc 33 filed 07/07/2015 | 3.00 |
| 7/13/2015 | Delivery Cost Buscar documento en Tribunal de Aguada. | 165.00 |
| | Consentimiento jurado a que dicte sentencia a tenor con la Regla 35.4 de las Reglas y procedimiento civil vigentes. Recogido en el Tribunal de Aguada en el caso de Banco vs. Inmobiliaria T&C. | 10.00 |
| 7/17/2015 | Postage: Motion Adequate Assurance PREPA. | 0.48 |

Mr. Wilhelm Sack

Page 16

| Date | Description | Amount |
|---|---|---|
| 7/17/2015 | Motion Adequate Assurance PREPA | 3.00 |
| 7/21/2015 | Postage: Notification Motion to dismiss motion for relief from Auto-Stay | 0.48 |
| | Notification Docket 39 to Lcdo. Boneta. | 1.20 |
| 8/5/2015 | File copy of Docket 40. | 0.40 |
| 8/6/2015 | Postage: Notification de "Motion to alter or amend" al Lic. Bonnet | 0.49 |
| 8/7/2015 | Motion to strike PREPA's opposition; file copy and notification to Lcdo. Cintron. | 2.00 |
| | Postage: Notificacion de Motion to strike al Lcdo. Cintron. | 0.49 |
| | Motion to alter or amend order, File copy and copy to Lic. Boneta. | 1.80 |
| | File copy of docket 45; PREPA's opposition to sec. 366 modification. | 2.00 |
| 8/12/2015 | File copy of Docket 53, Opposition to motion to alter or amend order filed by Lcdo. Boneta. | 1.60 |
| 8/13/2015 | File copy of Docket #53. Order an notice of hearing for 9/22/2015. | 2.00 |
| 8/18/2015 | Postage: | 0.48 |
| 8/31/2015 | Doc 57, 08/25/2015; opposition to Debtor's motion to strike. | 0.20 |
| | Order, Doc 58 filed 08/28/2015 | 0.10 |
| 9/3/2015 | Cost of parking | 2.25 |
| 10/16/2015 | RE: Francisco Domenech - Motion en sol de paralizacion - enviado a la Junta Reglamentadora de Telecomunicaciones | 0.60 |
| 10/19/2015 | File copy of Docket No. 74, order regarding Lift of Stay. | 0.30 |
| 10/22/2015 | Motion to inform status of contested matter between debtor and PREPA and Reply to PREPA's opposition Doc 83 - Filed 10/22/15 | 1.20 |
| 10/27/2015 | Email del 26/Oct/2015 | 0.20 |
| | email del 13 de octubre de 2015. | 0.20 |
| 10/28/2015 | File copy of Docket 76 "Motion for Reconsideration" | 0.60 |
| | File copy of Docket 78 "Opposition to Reconsideration" | 0.30 |
| | File copy of Docket 87 "Response to Motion for Reconsideration" | 0.60 |
| 10/29/2015 | Order and Notice - Doc 89 filed 10/29/2015 PREPA | 0.10 |

Case:15-03837-ESL11   Doc#:98-1   Filed:11/11/15   Entered:11/11/15 12:12:50   Desc:
Exhibit invoice   Page 17 of 17

Mr. Wilhelm Sack                                                                                    Page   17

|  |  | Amount |
|---|---|---:|
| 10/29/2015 | Order Doc - 80 - Filed 10/22/15 | 0.10 |
|  | Motion for Order - to show cause for contempt for violation of the automatic stay Doc 90 filed 10/29/2015 | 2.00 |
|  | Total costs | $2,273.44 |
|  | Total amount of this bill | $39,411.77 |
| 11/6/2015 | Payment from account | ($21,717.00) |
|  | Total payments and adjustments | ($21,717.00) |
|  | Balance due | $17,694.77 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID.  PLEASE INCLUDE INVOICE NUMBER.   THANK YOU.

(0)

r