# THE HORNED DORSET PRIMAVERA, INC.
## LIQUIDATION ANALYSIS
## AS OF FEBRUARY 22, 2016

### ASSETS

| | Estimated balances | Amount available for liquidation | Liquidation value | Percent of estimated value |
|---|---|---|---|---|
| Cash in banks (Note 1) | $ 1,000 | $ 1,000 | $ 1,000 | 100% |
| Promisory Notes Pre-petition Inmobiliarian T&C Corp. | 8,060,000 | 8,060,000 | - | 0% |
| Accounts receivable Pre-petition Villas | 83,892 | 83,892 | - | 0% |
| Accounts receivable Pre-petition Residences | 250,829 | 250,829 | 125,415 | 50% |
| Accounts receivable Post-petition Residences | 133,003 | 133,003 | 66,502 | 50% |
| Right to acquire land remanent (Derecho de retracto) Property located at Rincón | 5,000,000 | 5,000,000 | 500,000 | 10% |
| 30 years right of exclusive possession of the main building, the service estructures, ASLL (Usufruct) | 1,800,000 | 1,800,000 | 180,000 | 10% |
| Right of Easement over neihboring property pursuant to deed (number _____, dated mm/dd/yyyy) | 1,000,000 | 1,000,000 | 100,000 | 10% |
| | $ 16,328,724 | $ 16,328,724 | $ 972,916 | 6% |

| | | |
|---|---|---|
| **Amounts available for payments of creditors** | | $ 972,916 |
| **Amounts payable** | | |
| Less: secured claims | | - |
| Amounts available for other than secured creditors | | 972,916 |
| **Administrative claims Chapter 7** | | |
| Court cost- Estimated | | 1,500 |
| Legal fees- Estimated | | 10,000 |
| Trustee fees - Estimated | | 37,031 |
| Auction, appraisal, other - Estimated | | 30,000 |
| | | 78,531 |
| Amounts available for payments of creditors other than secured and Chapter 7 administrative costs | | 894,385 |
| **Administrative claims, Chapter 11** | | |
| Legal services - Estimated | | 40,000 |
| Accounting and consulting - Estimated | | 24,000 |
| US Trustee fees - Estimated | | 7,600 |
| Court costs - Estimated | | 500 |
| Total administrative expenses | | 72,100 |
| **Amounts available for payments of priority and unsecured creditors** | | 822,285 |
| Less: priority claims and priorities under section 507 (a)(8) | | 499,372 |
| **Amounts available for payments of unsecured creditors** | | 322,913 |
| Less: general unsecured creditors | $ 1,234,351 | $ 322,913 | 26% |