## THE HORNED DORSET PRIMAVERA, INC.
## PROJECTED CASH FLOWS
## FOR FIVE YEAR PERIOD
## Case Number 15-03837-11

| Description | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTAL |
|---|---|---|---|---|---|---|
| Cash at beginning of the period | $ 1,000 | $ 45,205 | $ 140,260 | $ 343,072 | $ 755,607 | $ 1,000 |
| Residence Income Net of Commission | 1,036,010 | 1,067,091 | 1,099,103 | 1,132,076 | 1,166,039 | 5,500,319 |
| Account Receivables | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 125,000 |
| Total cash receipts | 1,061,010 | 1,092,091 | 1,124,103 | 1,157,076 | 1,191,039 | 5,625,319 |
| Total cash available for payments | 1,062,010 | 1,137,295 | 1,264,364 | 1,500,149 | 1,946,645 | 5,626,319 |
| Cost of Food and Beverage | - | - | - | - | - | - |
| Cash Available for operations | 1,062,010 | 1,137,295 | 1,264,364 | 1,500,149 | 1,946,645 | 5,626,319 |
| **OPERATING EXPENSES:** | | | | | | |
| Salaries and wages | 242,545 | 249,821 | 257,316 | 265,035 | 272,987 | 1,287,704 |
| Payroll taxes | 33,956 | 34,975 | 36,024 | 37,105 | 38,218 | 180,279 |
| Sub-contracts | 72,764 | 74,946 | 77,195 | 79,511 | 81,896 | 386,311 |
| Insurance | 11,451 | 11,852 | 12,267 | 12,696 | 13,140 | 61,406 |
| Municipal and other taxes | 10,360 | 10,671 | 10,991 | 11,321 | 11,660 | 55,003 |
| Professional services | 50,800 | 52,578 | 54,418 | 56,323 | 58,294 | 272,413 |
| Utilities and telephone | 184,512 | 190,970 | 197,654 | 204,572 | 211,732 | 989,439 |
| Repair and maintenance | 48,000 | 49,680 | 51,419 | 53,218 | 55,081 | 257,398 |
| Office supplies | 3,600 | 3,726 | 3,856 | 3,991 | 4,131 | 19,305 |
| Advertising | 48,000 | 49,680 | 51,419 | 53,218 | 55,081 | 257,398 |
| Vehicles expenses | 1,500 | 1,553 | 1,607 | 1,663 | 1,721 | 8,044 |
| Bank Charges & fees | 6,000 | 6,210 | 6,427 | 6,652 | 6,885 | 32,175 |
| Activities | 12,000 | 12,420 | 12,855 | 13,305 | 13,770 | 64,350 |
| Other expenses | 24,000 | 24,840 | 25,709 | 26,609 | 27,541 | 128,699 |
| Total operating expenses | 749,488 | 773,922 | 799,157 | 825,220 | 852,138 | 3,999,924 |
| **INVESTING ACTIVITY:** | | | | | | |
| Payment for software and equipment | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 15,000 |
| **REORGANIZATION PLAN:** | | | | | | |
| Administrative Chapter 11 | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 36,000 |
| Priority Claims 507 (a)(8) | 126,626 | 126,626 | 126,626 | 126,626 | 31,648 | 538,152 |
| General Request with Resources | - | - | - | - | - | - |
| Unsecured claims over $10,000 | 125,568 | 125,568 | 125,568 | 125,568 | 31,392.11 | 533,666 |
| Unsecured claims under $10,000 | 5,923 | 5,923 | - | - | - | 11,847 |
| Total plan Payments | 265,318 | 265,318 | 259,394 | 259,394 | 70,241 | 1,119,665 |
| Cash at end of the period | $ 45,205 | $ 140,260 | $ 343,072 | $ 755,607 | $ 1,776,874 | $ 492,730 |

-1-