THE HORNED DORSET PRIMAVERA, INC.
CREDITORS HOLDING UNSECURED PRIORITY
CLAIMS UNDER 11 USC-SECTION 507 (a)(8)

| Creditor | Status | Schedule E totals | Proof of Claim No. | Proof of claim amount | Amount increase (decrease) | Amount allowed | Deferred amount | Monthly payments | Terms | Interest rate |
|---|---|---|---|---|---|---|---|---|---|---|
| CRIM | Disputed | | 3 - 2 | 5,385 | 5,385 | 1,635 | 1,635 | 34.55 | 51 months | 3.5% |
| PR TOURISM COMPANY | Disputed | - | 4 - 1 | 1,208,489 | 1,208,489 | 237,211 | 237,211 | 5,012 | 51 months | 3.5% |
| INTERNAL REVENUE SERVICES | Disputed | 14,861 | 8 - 4 | 33,629 | 18,768 | 30,448 | 30,448 | 643 | 51 months | 3.5% |
| STATE INSURANCE FUND CORP | Disputed | | 13 - 1 | 40,978 | 40,978 | 40,978 | 40,978 | 866 | 51 months | 3.5% |
| PR DEPARTMENT OF LABOR | Disputed | | 14 - 1 | 1,505 | 1,505 | 1,505 | 1,505 | 32 | 51 months | 3.5% |
| PR DEPARTMENT OF LABOR | Disputed | | 15 - 1 | 2,680 | 2,680 | 2,680 | 2,680 | 57 | 51 months | 3.5% |
| DEPT. OF TREASURY - W/TAX | Disputed | | 16 - 1 | 401,671 | 401,671 | 65,920 | 65,920 | 1,393 | 51 months | 3.5% |
| DEPT. OF TREASURY - IVU | Disputed | | 17 - 2 | 855,333 | 855,333 | 58,360 | 58,360 | 1,233 | 51 months | 3.5% |
| MUNICIPIO DE RINCON | Disputed | 60,635 | | - | (60,635) | 60,635 | 60,635 | 1,281.27 | 51 months | 3.5% |
| | | $ 75,496 | | $ 2,549,671 | $ 2,474,175 | $ 499,372 | $ 499,372 | $ 10,552 | | |

| DESCRIPTION | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | Total |
|---|---|---|---|---|---|---|
| CRIM | $ 415 | $ 415 | $ 415 | $ 415 | $ 104 | $ 1,762 |
| PR TOURISM COMPANY | 60,150 | 60,150 | 60,150 | 60,150 | 15,037 | 255,636 |
| INTERNAL REVENUE SERVICES | 7,721 | 7,721 | 7,721 | 7,721 | 1,930 | 32,813 |
| STATE INSURANCE FUND CORP | 10,391 | 10,391 | 10,391 | 10,391 | 2,598 | 44,161 |
| PR DEPARTMENT OF LABOR | 382 | 382 | 382 | 382 | 95 | 1,622 |
| PR DEPARTMENT OF LABOR | 680 | 680 | 680 | 680 | 170 | 2,888 |
| DEPT. OF TREASURY - W/TAX | 16,715 | 16,715 | 16,715 | 16,715 | 4,179 | 71,040 |
| DEPT. OF TREASURY - IVU | 14,798 | 14,798 | 14,798 | 14,798 | 3,700 | 62,893 |
| MUNICIPIO DE RINCON | 15,375 | 15,375 | 15,375 | 15,375 | 3,844 | 65,345 |
| TOTAL | $ 126,626 | $ 126,626 | $ 126,626 | $ 126,626 | $ 31,648 | $ 538,152 |

**THE HORNED DORSET PRIMAVERA, INC.**
**QUARTERLY PAYMENTS FOR A FIVE YEAR PERIOD 50%**
**COMENCING THIRTY DAYS AFTER FEBRUARY 22, 2016**
**UNSECURED CLAIMS PAYMENT SCHEDULE OVER $10,000**

| VENDOR/CREDITORS | 23-Mar-16 | 21-Jun-16 | 19-Sep-16 | 18-Dec-16 | 18-Mar-17 | 16-Jun-17 | 14-Sep-17 | 13-Dec-17 | 13-Mar-18 | 11-Jun-18 | 9-Sep-18 | 8-Dec-18 | 8-Mar-19 | 6-Jun-19 | 4-Sep-19 | 3-Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AAA | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 | 2,277.15 |
| AEE | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 | 9,758.10 |
| FRANCISCO J. DOMENECH | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HORWATH & VELEZ & CO. | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 | 2,305.08 |
| BANCO POPULAR DE PR | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 | 4,296.80 |
| STATE INSURANCE FUND | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 | 399.89 |
| PR DEPARTMENT OF LABOR | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 | 445.29 |
| DEPARTMENT OF THE TREAS | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 | 612.80 |
| DEPARTMENT OF THE TREAS | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 | 5,394.44 |
| BENAZAR GARCIA & MILIAN F | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 | 5,902.55 |
|  | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 | 31,392.11 |
|  | FIRST YEAR | $ | | 125,568 | SECOND YEAR | $ | | 125,568 | THIRD YEAR | $ | | 125,568 | FOURTH YEAR | $ | | 125,568.45 |

| VENDOR/CREDITORS | 2-Mar-20 | 31-May-20 | 29-Aug-20 | 27-Nov-20 | 25-Feb-21 | 26-May-21 | 24-Aug-21 | 22-Nov-21 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| AAA | 2,277 | - | - | - | - | - | - | - | 38,712 |
| AEE | 9,758 | - | - | - | - | - | - | - | 165,888 |
| FRANCISCO J. DOMENECH | - | - | - | - | - | - | - | - | - |
| HORWATH & VELEZ & CO. | 2,305 | - | - | - | - | - | - | - | 39,186 |
| BANCO POPULAR DE PR | 4,297 | - | - | - | - | - | - | - | 73,046 |
| STATE INSURANCE FUND | 400 | - | - | - | - | - | - | - | 6,798 |
| PR DEPARTMENT OF LABOR | 445 | - | - | - | - | - | - | - | 7,570 |
| DEPARTMENT OF THE TREAS | 613 | - | - | - | - | - | - | - | 10,418 |
| DEPARTMENT OF THE TREAS | 5,394 | - | - | - | - | - | - | - | 91,706 |
| BENAZAR GARCIA & MILIAN F | 5,903 | - | - | - | - | - | - | - | 100,343 |
|  | 31,392.11 | - | - | - | - | - | - | - | $ 731,368 |
|  | FIFTH YEAR | $ | | 31,392 | SIXTH YEAR | $ | - | | |

### A.A.A. PROOF OF CLAIM 1-2

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 77,423 | $ 38,712 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 2,277.15 | $ 36,434.47 |
| 21-Jun-16 | 2,277.15 | 34,157.32 |
| 19-Sep-16 | 2,277.15 | 31,880.16 |
| 18-Dec-16 | 2,277.15 | 29,603.01 |
| 18-Mar-17 | 2,277.15 | 27,325.85 |
| 16-Jun-17 | 2,277.15 | 25,048.70 |
| 14-Sep-17 | 2,277.15 | 22,771.54 |
| 13-Dec-17 | 2,277.15 | 20,494.39 |
| 13-Mar-18 | 2,277.15 | 18,217.24 |
| 11-Jun-18 | 2,277.15 | 15,940.08 |
| 9-Sep-18 | 2,277.15 | 13,662.93 |
| 8-Dec-18 | 2,277.15 | 11,385.77 |
| 8-Mar-19 | 2,277.15 | 9,108.62 |
| 6-Jun-19 | 2,277.15 | 6,831.46 |
| 4-Sep-19 | 2,277.15 | 4,554.31 |
| 3-Dec-19 | 2,277.15 | 2,277.15 |
| 2-Mar-20 | 2,277.15 | -0.00 |
| 31-May-20 | | -0.00 |
| 29-Aug-20 | | -0.00 |
| 27-Nov-20 | | -0.00 |
| 25-Feb-21 | | -0.00 |
| 26-May-21 | | -0.00 |
| 24-Aug-21 | | -0.00 |
| 22-Nov-21 | | -0.00 |
| 20-Feb-22 | | -0.00 |
| 21-May-22 | | -0.00 |
| 19-Aug-22 | | -0.00 |
| 17-Nov-22 | | - |

### A.E.E. PROOF OF CLAIM 2-1

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 331,776 | $ 165,888 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 9,758.10 | $ 156,129.65 |
| 21-Jun-16 | 9,758.10 | 146,371.54 |
| 19-Sep-16 | 9,758.10 | 136,613.44 |
| 18-Dec-16 | 9,758.10 | 126,855.34 |
| 18-Mar-17 | 9,758.10 | 117,097.24 |
| 16-Jun-17 | 9,758.10 | 107,339.13 |
| 14-Sep-17 | 9,758.10 | 97,581.03 |
| 13-Dec-17 | 9,758.10 | 87,822.93 |
| 13-Mar-18 | 9,758.10 | 78,064.82 |
| 11-Jun-18 | 9,758.10 | 68,306.72 |
| 9-Sep-18 | 9,758.10 | 58,548.62 |
| 8-Dec-18 | 9,758.10 | 48,790.51 |
| 8-Mar-19 | 9,758.10 | 39,032.41 |
| 6-Jun-19 | 9,758.10 | 29,274.31 |
| 4-Sep-19 | 9,758.10 | 19,516.21 |
| 3-Dec-19 | 9,758.10 | 9,758.10 |
| 2-Mar-20 | 9,758.10 | -0.00 |
| 31-May-20 | | -0.00 |
| 29-Aug-20 | | -0.00 |
| 27-Nov-20 | | -0.00 |
| 25-Feb-21 | | -0.00 |
| 26-May-21 | | -0.00 |
| 24-Aug-21 | | -0.00 |
| 22-Nov-21 | | -0.00 |
| 20-Feb-22 | | -0.00 |
| 21-May-22 | | -0.00 |
| 19-Aug-22 | | -0.00 |
| 17-Nov-22 | | -0.00 |

### FRANCISCO DOMENECH PROOF OF CLAIM 10-2

| | AMOUNT ALLOWED | DEFERRED AMOUNT (0%) |
|---|---|---|
| | $ 143,326 | $ - |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ - | $ - |
| 21-Jun-16 | - | - |
| 19-Sep-16 | - | - |
| 18-Dec-16 | - | - |
| 18-Mar-17 | - | - |
| 16-Jun-17 | - | - |
| 14-Sep-17 | - | - |
| 13-Dec-17 | - | - |
| 13-Mar-18 | - | - |
| 11-Jun-18 | - | - |
| 9-Sep-18 | - | - |
| 8-Dec-18 | - | - |
| 8-Mar-19 | - | - |
| 6-Jun-19 | | - |
| 4-Sep-19 | | - |
| 3-Dec-19 | | - |
| 2-Mar-20 | | - |
| 31-May-20 | | - |
| 29-Aug-20 | | - |
| 27-Nov-20 | | - |
| 25-Feb-21 | | - |
| 26-May-21 | | - |
| 24-Aug-21 | | - |
| 22-Nov-21 | | - |
| 20-Feb-22 | | - |
| 21-May-22 | | - |
| 19-Aug-22 | | - |
| 17-Nov-22 | | - |

### HORWATH & VELEZ & CO. PROOF OF CLAIM 11-1

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 78,373 | $ 39,186 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 2,305.08 | $ 36,881.29 |
| 21-Jun-16 | 2,305.08 | 34,576.21 |
| 19-Sep-16 | 2,305.08 | 32,271.13 |
| 18-Dec-16 | 2,305.08 | 29,966.05 |
| 18-Mar-17 | 2,305.08 | 27,660.97 |
| 16-Jun-17 | 2,305.08 | 25,355.89 |
| 14-Sep-17 | 2,305.08 | 23,050.81 |
| 13-Dec-17 | 2,305.08 | 20,745.73 |
| 13-Mar-18 | 2,305.08 | 18,440.65 |
| 11-Jun-18 | 2,305.08 | 16,135.57 |
| 9-Sep-18 | 2,305.08 | 13,830.49 |
| 8-Dec-18 | 2,305.08 | 11,525.40 |
| 8-Mar-19 | 2,305.08 | 9,220.32 |
| 6-Jun-19 | 2,305.08 | 6,915.24 |
| 4-Sep-19 | 2,305.08 | 4,610.16 |
| 3-Dec-19 | 2,305.08 | 2,305.08 |
| 2-Mar-20 | 2,305.08 | - |
| 31-May-20 | | - |
| 29-Aug-20 | | - |
| 27-Nov-20 | | - |
| 25-Feb-21 | | - |
| 26-May-21 | | - |
| 24-Aug-21 | | - |
| 22-Nov-21 | | - |
| 20-Feb-22 | | - |
| 21-May-22 | | - |
| 19-Aug-22 | | - |
| 17-Nov-22 | | - |

THE HORNED DORSET PRIMAVERA, INC.
QUARTERLY PAYMENTS FOR A FIVE YEAR PERIOD
COMENCING THIRTY DAYS AFTER FEBRUARY 22, 2016

Case:15-03837-ESL11 Doc#:142-4 Filed:02/24/16 Entered:02/24/16 18:36:00 Desc:
Exhibit Payments under Plan Page 4 of 8

### BANCO POPULAR DE PR
### PROOF OF CLAIM 12-1

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 146,091 | $ 73,046 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 4,296.80 | $ 68,748.80 |
| 21-Jun-16 | 4,296.80 | 64,452.00 |
| 19-Sep-16 | 4,296.80 | 60,155.20 |
| 18-Dec-16 | 4,296.80 | 55,858.40 |
| 18-Mar-17 | 4,296.80 | 51,561.60 |
| 16-Jun-17 | 4,296.80 | 47,264.80 |
| 14-Sep-17 | 4,296.80 | 42,968.00 |
| 13-Dec-17 | 4,296.80 | 38,671.20 |
| 13-Mar-18 | 4,296.80 | 34,374.40 |
| 11-Jun-18 | 4,296.80 | 30,077.60 |
| 9-Sep-18 | 4,296.80 | 25,780.80 |
| 8-Dec-18 | 4,296.80 | 21,484.00 |
| 8-Mar-19 | 4,296.80 | 17,187.20 |
| 6-Jun-19 | 4,296.80 | 12,890.40 |
| 4-Sep-19 | 4,296.80 | 8,593.60 |
| 3-Dec-19 | 4,296.80 | 4,296.80 |
| 2-Mar-20 | 4,296.80 | -0.00 |
| 31-May-20 | | -0.00 |
| 29-Aug-20 | | -0.00 |
| 27-Nov-20 | | -0.00 |
| 25-Feb-21 | | -0.00 |
| 26-May-21 | | -0.00 |
| 24-Aug-21 | | -0.00 |
| 22-Nov-21 | | -0.00 |
| 20-Feb-22 | | -0.00 |
| 21-May-22 | | -0.00 |
| 19-Aug-22 | | -0.00 |
| 17-Nov-22 | | - |

### STATE INSURANCE FUND
### PROOF OF CLAIM 13-1

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 13,596 | $ 6,798 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 399.89 | $ 6,398.19 |
| 21-Jun-16 | 399.89 | 5,998.31 |
| 19-Sep-16 | 399.89 | 5,598.42 |
| 18-Dec-16 | 399.89 | 5,198.53 |
| 18-Mar-17 | 399.89 | 4,798.64 |
| 16-Jun-17 | 399.89 | 4,398.76 |
| 14-Sep-17 | 399.89 | 3,998.87 |
| 13-Dec-17 | 399.89 | 3,598.98 |
| 13-Mar-18 | 399.89 | 3,199.10 |
| 11-Jun-18 | 399.89 | 2,799.21 |
| 9-Sep-18 | 399.89 | 2,399.32 |
| 8-Dec-18 | 399.89 | 1,999.44 |
| 8-Mar-19 | 399.89 | 1,599.55 |
| 6-Jun-19 | 399.89 | 1,199.66 |
| 4-Sep-19 | 399.89 | 799.77 |
| 3-Dec-19 | 399.89 | 399.89 |
| 2-Mar-20 | 399.89 | -0.00 |
| 31-May-20 | - | -0.00 |
| 29-Aug-20 | - | -0.00 |
| 27-Nov-20 | - | -0.00 |
| 25-Feb-21 | - | -0.00 |
| 26-May-21 | - | -0.00 |
| 24-Aug-21 | - | -0.00 |
| 22-Nov-21 | - | -0.00 |
| 20-Feb-22 | - | -0.00 |
| 21-May-22 | - | -0.00 |
| 19-Aug-22 | - | -0.00 |
| 17-Nov-22 | - | -0.00 |

### PR DEPARTMENT OF LABOR
### PROOF OF CLAIM 14-1

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 15,140 | $ 7,570 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 445.29 | $ 7,124.71 |
| 21-Jun-16 | 445.29 | 6,679.41 |
| 19-Sep-16 | 445.29 | 6,234.12 |
| 18-Dec-16 | 445.29 | 5,788.82 |
| 18-Mar-17 | 445.29 | 5,343.53 |
| 16-Jun-17 | 445.29 | 4,898.24 |
| 14-Sep-17 | 445.29 | 4,452.94 |
| 13-Dec-17 | 445.29 | 4,007.65 |
| 13-Mar-18 | 445.29 | 3,562.35 |
| 11-Jun-18 | 445.29 | 3,117.06 |
| 9-Sep-18 | 445.29 | 2,671.76 |
| 8-Dec-18 | 445.29 | 2,226.47 |
| 8-Mar-19 | 445.29 | 1,781.18 |
| 6-Jun-19 | 445.29 | 1,335.88 |
| 4-Sep-19 | 445.29 | 890.59 |
| 3-Dec-19 | 445.29 | 445.29 |
| 2-Mar-20 | 445.29 | 0.00 |
| 31-May-20 | | 0.00 |
| 29-Aug-20 | | 0.00 |
| 27-Nov-20 | | 0.00 |
| 25-Feb-21 | | 0.00 |
| 26-May-21 | | 0.00 |
| 24-Aug-21 | | 0.00 |
| 22-Nov-21 | | 0.00 |
| 20-Feb-22 | | 0.00 |
| 21-May-22 | | 0.00 |
| 19-Aug-22 | | 0.00 |
| 17-Nov-22 | | - |

### DEPARTMENT OF TREASURY
### PROOF OF CLAIM 16-1

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 20,835 | $ 10,418 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 612.80 | $ 9,804.83 |
| 21-Jun-16 | 612.80 | 9,192.03 |
| 19-Sep-16 | 612.80 | 8,579.23 |
| 18-Dec-16 | 612.80 | 7,966.43 |
| 18-Mar-17 | 612.80 | 7,353.62 |
| 16-Jun-17 | 612.80 | 6,740.82 |
| 14-Sep-17 | 612.80 | 6,128.02 |
| 13-Dec-17 | 612.80 | 5,515.22 |
| 13-Mar-18 | 612.80 | 4,902.42 |
| 11-Jun-18 | 612.80 | 4,289.61 |
| 9-Sep-18 | 612.80 | 3,676.81 |
| 8-Dec-18 | 612.80 | 3,064.01 |
| 8-Mar-19 | 612.80 | 2,451.21 |
| 6-Jun-19 | 612.80 | 1,838.41 |
| 4-Sep-19 | 612.80 | 1,225.60 |
| 3-Dec-19 | 612.80 | 612.80 |
| 2-Mar-20 | 612.80 | -0.00 |
| 31-May-20 | | -0.00 |
| 29-Aug-20 | | -0.00 |
| 27-Nov-20 | | -0.00 |
| 25-Feb-21 | | -0.00 |
| 26-May-21 | | -0.00 |
| 24-Aug-21 | | -0.00 |
| 22-Nov-21 | | -0.00 |
| 20-Feb-22 | | -0.00 |
| 21-May-22 | | -0.00 |
| 19-Aug-22 | | -0.00 |
| 17-Nov-22 | | -0.00 |

# THE HORNED DORSET PRIMAVERA, INC.
## QUARTERLY PAYMENTS FOR 2 YEAR PERIOD
### COMENCING THIRTY DAYS AFTER FEBRUARY 25, 2016

| | DEPARTMENT OF THE TREASURY PROOF OF CLAIM 17-2 | | | BENAZAR GARCIA & MILIAN PSC | |
|---|---|---|---|---|---|
| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) | | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
| | $ 183,411 | $ 91,706 | | $ 200,687 | $ 100,343 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE | DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 5,394.44 | $ 86,311.09 | 23-Mar-16 | $ 5,902.55 | $ 94,440.78 |
| 21-Jun-16 | 5,394.44 | 80,916.64 | 21-Jun-16 | 5,902.55 | 88,538.23 |
| 19-Sep-16 | 5,394.44 | 75,522.20 | 19-Sep-16 | 5,902.55 | 82,635.68 |
| 18-Dec-16 | 5,394.44 | 70,127.76 | 18-Dec-16 | 5,902.55 | 76,733.13 |
| 18-Mar-17 | 5,394.44 | 64,733.32 | 18-Mar-17 | 5,902.55 | 70,830.59 |
| 16-Jun-17 | 5,394.44 | 59,338.87 | 16-Jun-17 | 5,902.55 | 64,928.04 |
| 14-Sep-17 | 5,394.44 | 53,944.43 | 14-Sep-17 | 5,902.55 | 59,025.49 |
| 13-Dec-17 | 5,394.44 | 48,549.99 | 13-Dec-17 | 5,902.55 | 53,122.94 |
| 13-Mar-18 | 5,394.44 | 43,155.54 | 13-Mar-18 | 5,902.55 | 47,220.39 |
| 11-Jun-18 | 5,394.44 | 37,761.10 | 11-Jun-18 | 5,902.55 | 41,317.84 |
| 9-Sep-18 | 5,394.44 | 32,366.66 | 9-Sep-18 | 5,902.55 | 35,415.29 |
| 8-Dec-18 | 5,394.44 | 26,972.21 | 8-Dec-18 | 5,902.55 | 29,512.74 |
| 8-Mar-19 | 5,394.44 | 21,577.77 | 8-Mar-19 | 5,902.55 | 23,610.20 |
| 6-Jun-19 | 5,394.44 | 16,183.33 | 6-Jun-19 | 5,902.55 | 17,707.65 |
| 4-Sep-19 | 5,394.44 | 10,788.89 | 4-Sep-19 | 5,902.55 | 11,805.10 |
| 3-Dec-19 | 5,394.44 | 5,394.44 | 3-Dec-19 | 5,902.55 | 5,902.55 |
| 2-Mar-20 | 5,394.44 | -0.00 | 2-Mar-20 | 5,902.55 | -0.00 |
| 31-May-20 | | -0.00 | 31-May-20 | | -0.00 |
| 29-Aug-20 | | -0.00 | 29-Aug-20 | | -0.00 |
| 27-Nov-20 | | -0.00 | 27-Nov-20 | | -0.00 |
| 25-Feb-21 | | -0.00 | 25-Feb-21 | | -0.00 |
| 26-May-21 | | -0.00 | 26-May-21 | | -0.00 |
| 24-Aug-21 | | -0.00 | 24-Aug-21 | | -0.00 |
| 22-Nov-21 | | -0.00 | 22-Nov-21 | | -0.00 |
| 20-Feb-22 | | -0.00 | 20-Feb-22 | | -0.00 |
| 21-May-22 | | -0.00 | 21-May-22 | | -0.00 |
| 19-Aug-22 | | -0.00 | 19-Aug-22 | | -0.00 |
| 17-Nov-22 | | - | 17-Nov-22 | | -0.00 |

THE HORNED DORSET PRIMAVERA, INC.
QUARTERLY PAYMENTS FOR A TWO YEAR PERIOD 50%
COMENCING THIRTY DAYS AFTER FEBRUARY 22, 2016
UNSECURED CLAIMS PAYMENT SCHEDULE
CLASS XVI WITH BALANCE LESS THAN $10,000

| SUPPLIER | 23-Mar-16 | 21-Jun-16 | 19-Sep-16 | 18-Dec-16 | 18-Mar-17 | 16-Jun-17 | 14-Sep-17 | 13-Dec-17 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| CRIM | $ 234.35 | $ 234.35 | $ 234.35 | $ 234.35 | $ 234.35 | $ 234.35 | $ 234.35 | $ 234.35 | $ 1,87... |
| MENDEZ & CO. | 167.41 | 167.41 | 167.41 | 167.41 | 167.41 | 167.41 | 167.41 | 167.41 | 1,33... |
| V. SUAREZ & CO. | 282.10 | 282.10 | 282.10 | 282.10 | 282.10 | 282.10 | 282.10 | 282.10 | 2,2... |
| INTERNAL REVENUE SERVICE | 198.80 | 198.80 | 198.80 | 198.80 | 198.80 | 198.80 | 198.80 | 198.80 | 1,59... |
| SWISHER | 91.17 | 91.17 | 91.17 | 91.17 | 91.17 | 91.17 | 91.17 | 91.17 | 7... |
| PR DEPARTMENT OF LABOR | 28.44 | 28.44 | 28.44 | 28.44 | 28.44 | 28.44 | 28.44 | 28.44 | 2... |
| ALLIANCE ONE RECEIVABLES | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 20.31 | 16... |
| BASE CORPORATION | 184.05 | 184.05 | 184.05 | 184.05 | 184.05 | 184.05 | 184.05 | 184.05 | 1,47... |
| COMMTRAK | 45.63 | 45.63 | 45.63 | 45.63 | 45.63 | 45.63 | 45.63 | 45.63 | 36... |
| FEDEX EXPRESS SERVICES | 48.82 | 48.82 | 48.82 | 48.82 | 48.82 | 48.82 | 48.82 | 48.82 | 3... |
| ORKIN COMMERCIAL SERVICE | 111.59 | 111.59 | 111.59 | 111.59 | 111.59 | 111.59 | 111.59 | 111.59 | 8... |
| THE HOME DEPOT | 68.18 | 68.18 | 68.18 | 68.18 | 68.18 | 68.18 | 68.18 | 68.18 | 5... |
| | 1,480.85 | 1,480.85 | 1,480.85 | 1,480.85 | 1,480.85 | 1,480.85 | 1,480.85 | 1,480.85 | 11,846.78 |
| | **FIRST YEAR** | | $ 5,923.39 | | | **SECOND YEAR** | | $ 5,923.39 | |

THE HORNED DORSET PRIMAVERA, INC.  #
QUARTERLY PAYMENTS THREE YEAR PERIOD
COMENCING ON MARCH 23, 2016 AND ENDING ON FEBRUARY 7, 2018

Case:15-03837-ESL11 Doc#:142-4 Filed:02/24/16 Entered:02/24/16 18:36:00    Desc:
Exhibit Payments under Plan Page 2 of 8

### CRIM

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 3,750 | $ 1,875 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 234.35 | $ 1,640.44 |
| 21-Jun-16 | 234.35 | 1,406.09 |
| 19-Sep-16 | 234.35 | 1,171.74 |
| 18-Dec-16 | 234.35 | 937.39 |
| 18-Mar-17 | 234.35 | 703.04 |
| 16-Jun-17 | 234.35 | 468.70 |
| 14-Sep-17 | 234.35 | 234.35 |
| 13-Dec-17 | 234.35 | - |

### MENDEZ & CO.

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 2,679 | $ 1,339 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 167.41 | $ 1,171.90 |
| 21-Jun-16 | 167.41 | 1,004.49 |
| 19-Sep-16 | 167.41 | 837.07 |
| 18-Dec-16 | 167.41 | 669.66 |
| 18-Mar-17 | 167.41 | 502.24 |
| 16-Jun-17 | 167.41 | 334.83 |
| 14-Sep-17 | 167.41 | 167.41 |
| 13-Dec-17 | 167.41 | -0.00 |

### V. SUAREZ & CO.

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 4,514 | $ 2,257 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 282.10 | $ 1,974.69 |
| 21-Jun-16 | 282.10 | 1,692.59 |
| 19-Sep-16 | 282.10 | 1,410.49 |
| 18-Dec-16 | 282.10 | 1,128.40 |
| 18-Mar-17 | 282.10 | 846.30 |
| 16-Jun-17 | 282.10 | 564.20 |
| 14-Sep-17 | 282.10 | 282.10 |
| 13-Dec-17 | 282.10 | -0.00 |

### INTERNAL REVENUE SERVICE

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 3,181 | $ 1,590 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 198.80 | $ 1,391.61 |
| 21-Jun-16 | 198.80 | 1,192.81 |
| 19-Sep-16 | 198.80 | 994.01 |
| 18-Dec-16 | 198.80 | 795.21 |
| 18-Mar-17 | 198.80 | 596.40 |
| 16-Jun-17 | 198.80 | 397.60 |
| 14-Sep-17 | 198.80 | 198.80 |
| 13-Dec-17 | 198.80 | - |

### SWISHER

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 1,459 | $ 729 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 91.17 | $ 638.16 |
| 21-Jun-16 | 91.17 | 546.99 |
| 19-Sep-16 | 91.17 | 455.83 |
| 18-Dec-16 | 91.17 | 364.66 |
| 18-Mar-17 | 91.17 | 273.50 |
| 16-Jun-17 | 91.17 | 182.33 |
| 14-Sep-17 | 91.17 | 91.17 |
| 13-Dec-17 | 91.17 | - |

### DEPARTMENT OF LABOR

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 455 | $ 228 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 28.44 | $ 199.06 |
| 21-Jun-16 | 28.44 | 170.63 |
| 19-Sep-16 | 28.44 | 142.19 |
| 18-Dec-16 | 28.44 | 113.75 |
| 18-Mar-17 | 28.44 | 85.31 |
| 16-Jun-17 | 28.44 | 56.88 |
| 14-Sep-17 | 28.44 | 28.44 |
| 13-Dec-17 | 28.44 | - |

### ALLIANCE ONE RECEIVABLE

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 325 | $ 163 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 20.31 | $ 142.19 |
| 21-Jun-16 | 20.31 | 121.88 |
| 19-Sep-16 | 20.31 | 101.56 |
| 18-Dec-16 | 20.31 | 81.25 |
| 18-Mar-17 | 20.31 | 60.94 |
| 16-Jun-17 | 20.31 | 40.63 |
| 14-Sep-17 | 20.31 | 20.31 |
| 13-Dec-17 | 20.31 | - |

### BASE CORPORATION

| | AMOUNT ALLOWED | DEFERRED AMOUNT (50%) |
|---|---|---|
| | $ 2,945 | $ 1,472 |
| DATE OF PAYMENT | AMOUNT TO BE PAID | NEW BALANCE |
| 23-Mar-16 | $ 184.05 | $ 1,288.32 |
| 21-Jun-16 | 184.05 | 1,104.28 |
| 19-Sep-16 | 184.05 | 920.23 |
| 18-Dec-16 | 184.05 | 736.19 |
| 18-Mar-17 | 184.05 | 552.14 |
| 16-Jun-17 | 184.05 | 368.09 |
| 14-Sep-17 | 184.05 | 184.05 |
| 13-Dec-17 | 184.05 | 0.00 |

THE HORNED DORSET PRIMAVERA, INC.  #
QUARTERLY PAYMENTS FOR A TWO YEAR PERIOD
COMENCING THIRTY DAYS AFTER FEBRUARY 22,2016

Case:15-03837-ESL11 Doc#:142-4 Filed:02/24/16 Entered:02/24/16 18:36:00 Desc:
Exhibit Payments under Plan - Page 8 of 8

### COMMTRACK

| DATE OF PAYMENT | AMOUNT ALLOWED $ 730 AMOUNT TO BE PAID | DEFERRED AMOUNT (50%) $ 365 NEW BALANCE |
|---|---|---|
| 23-Mar-16 | $ 45.63 | $ 319.38 |
| 21-Jun-16 | 45.63 | 273.75 |
| 19-Sep-16 | 45.63 | 228.13 |
| 18-Dec-16 | 45.63 | 182.50 |
| 18-Mar-17 | 45.63 | 136.88 |
| 16-Jun-17 | 45.63 | 91.25 |
| 14-Sep-17 | 45.63 | 45.63 |
| 13-Dec-17 | 45.63 | - |

### FED EX EXPRESS SERVICES

| DATE OF PAYMENT | AMOUNT ALLOWED $ 781 AMOUNT TO BE PAID | DEFERRED AMOUNT (50%) $ 391 NEW BALANCE |
|---|---|---|
| 23-Mar-16 | $ 48.82 | $ 341.75 |
| 21-Jun-16 | 48.82 | 292.93 |
| 19-Sep-16 | 48.82 | 244.11 |
| 18-Dec-16 | 48.82 | 195.29 |
| 18-Mar-17 | 48.82 | 146.46 |
| 16-Jun-17 | 48.82 | 97.64 |
| 14-Sep-17 | 48.82 | 48.82 |
| 13-Dec-17 | 48.82 | - |

### ORKIN COMMERCIAL SERVICE

| DATE OF PAYMENT | AMOUNT ALLOWED $ 1,786 AMOUNT TO BE PAID | DEFERRED AMOUNT (50%) $ 893 NEW BALANCE |
|---|---|---|
| 23-Mar-16 | $ 111.59 | $ 781.16 |
| 21-Jun-16 | 111.59 | 669.56 |
| 19-Sep-16 | 111.59 | 557.97 |
| 18-Dec-16 | 111.59 | 446.38 |
| 18-Mar-17 | 111.59 | 334.78 |
| 16-Jun-17 | 111.59 | 223.19 |
| 14-Sep-17 | 111.59 | 111.59 |
| 13-Dec-17 | 111.59 | - |

### THE HOME DEPOT

| DATE OF PAYMENT | AMOUNT ALLOWED $ 1,091 AMOUNT TO BE PAID | DEFERRED AMOUNT (50%) $ 545 NEW BALANCE |
|---|---|---|
| 23-Mar-16 | $ 68.18 | $ 477.29 |
| 21-Jun-16 | 68.18 | 409.10 |
| 19-Sep-16 | 68.18 | 340.92 |
| 18-Dec-16 | 68.18 | 272.74 |
| 18-Mar-17 | 68.18 | 204.55 |
| 16-Jun-17 | 68.18 | 136.37 |
| 14-Sep-17 | 68.18 | 68.18 |
| 13-Dec-17 | 68.18 | -0.00 |