# EXHIBIT V

## EXECUTORY CONTRACTS

**SWISFER**

**CHOICE CABLE**