# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:
THE HORNED DORSET
PRIMAVERA INC            Case # 15-03837(ESL)
                                                        Chapter 11

_____

## NOTICE AND CERTIFICATE OF MAILING

TO: CREDITORS AND PARTIES IN INTEREST:

       As required by Rules 2002(a) (7) of the federal Rules of Bankruptcy Procedure, you are hereby notified that on April 12, 2016 Garcia-**Arregui & Fullana Law Offices PSC** (Applicant) has filed its **Second Application for Interim Compensation** (Application) (docket # 149) as counsel in the above captioned case, covering the period from November 1, 2015 up March 31, 2016 for $ 31,575.00 plus $94.35 for expenses. The original of the Application and exhibits thereto are on file with the Clerk, where they can be examined.

       It is also notified that Debtor's Accountant also filed its Second Application for Compensation covering the period from November 4, 2015 up to March 21, 2016 for $15,509.70(Docket # 150). The Original of the Accountant's Application and exhibits thereto are on file with the Clerk, where they can be examined.

       **Unless an objection to the Application is filed within twenty one (21) days from service of this notice, an order may be entered approving the same without an actual hearing and should a timely objection be filed, the Court will then schedule a hearing.**

**CERTIFICATE OF SERVICE** that on this same date I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which will send notification to the following, counsel for Debtor ,the US trustee=s office, Trustee Wigberto Lugo Mender and any other party in interest that has requested notice.

                                 .
       **In San Juan, Puerto Rico, this 12th day of April 2016**

S/Isabel M Fullana
GARCIA- ARREGUI & FULLANA PSC
252 PONCE DE LEON AVE
SUITE 1101
SAN JUAN, PR 00918
TEL 787-766-2530
FAX 787-756-7800
Email ifullana@garciaarreguifullanalaw.com