IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 15-03837 ESL |
| THE HORNED DORSET PRIMAVERA INC | Chapter 11 |
| | |
| XXX-XX7395 | |
| | **FILED & ENTERED ON 5/12/2016** |
| Debtor(s) | |

## ORDER

The application for allowance of compensation filed by Antonio Juan Bennazar in the amount of $10,550.00 (docket #154), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

In San Juan, Puerto Rico, this 12 day of May, 2016.

*(signature)*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    ISABEL M FULLANA
    US TRUSTEE
    FINANCE DEPT.
    ANTONIO J BENNAZAR