IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF      *
                                *          CASE #15-03837(ESL)
                                     CHAPTER 11

**The Horned Dorset**

**Primavera Inc.**
                                *

*******************************

**MOTION TO INFORM THAT NO OBJECTION TO DEBTOR'S MOTION TO ASSUME CERTAIN EXECUTORY CONTRACTS (DOCKET# 202)**

**TO THE HONORABLE COURT:**

     **COMES NOW,** Debtor in possession afore named through counsel, and very respectfully states and prays:

     1. That on June 27, 2016(Docket #202) debtor filed a motion requesting the assumption of certain property management agreement regarding certain residences located within the premises of the Horned Dorset Primavera Inc.

     2. The motion was mailed through regular US Mail to all interested parties to their addresses of record.

     3. The term of fourteen days (14) days to object to the request for assumption el a p s e d on July 14, 2016 and no **party in interest has filed any objection to the entry of an order assuming the contracts referred to in the motion aforementioned (emphasis added).**

     4. Movant very respectfully prays that an order be entered granting Debtor's request for assumption of the Property Management Agreements as stated in Docket 202.

     **WHEREFORE**; Movant very respectfully prays that the present motion be entertained and that an order be entered granting Debtor's request for the assumption of the Executory Contracts filed on June 27, 2016 (docket 202) and for any other and further relief as it may seem just and proper.

     **RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 15th day of July 2016.

     I HEREBY CERTIFY that on this same date I electronically filed the foregoing

with the Clerk of the Bankruptcy Court using CM/ECF system which will send notification, and US trustee=s office and any other party in interest that has requested notice and t*o* Integrated Wellness Consultants Inc through its director Mr. Israel Arvelo Lopez, PO BOX 365043 San Juan, PR 00936-5043; to Mr. Robert Peter Nuzzi 140 Ocean Avenue, North Port. NY 11768; to Mr. Michael Rabinowitz 23 West 73 Street, Penthouse, New York City, NY 10023. To Grovas Rentals Corp. through its President Mr. Rafael Francisco Grovas Porrata, BOX 559 San German, PR 00683 and to Ms. Rocio del Carmen Mandry Pagan PO BOX  360867, San Juan R 00936-0367

S/ Isabel M. Fullana
USDC #126802
Garcia- Arregui & Fullana PSC
252 Ponce de León Ave.
Citibank Towers
Suite 1101
Hato Rey, PR 00918
Tel 787-766-2530
Fax 787-756-7800
E-mail isabelfullana@gmail.com