IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-03837 ESL |
| THE HORNED DORSET PRIMAVERA INC | Chapter 11 |
| XXX-XX7395 | |
| | **FILED & ENTERED ON 7/22/2016** |
| Debtor(s) | |

## ORDER AND NOTICE

A hearing is hereby scheduled for **12/2/2016** at **10:30 A.M.** at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following:

1- Debtor's motion as to assumption of executory contracts (docket #202); and

2- PRCI Loan LLC's limited objection to motion as to assumption of executory contracts (docket #216).

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 22 day of July, 2016.

*[signature]*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge