IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

THE HORNED DORSET PRIMAVERA INC

Debtor(s)

CASE NO. 15-03837 ESL

Chapter 11

FILED & ENTERED ON 9/16/2016

## ORDER SETTING PRE-TRIAL CONFERENCE

Debtor's Objection to Claim 04 (docket #174) and Puerto Rico Tourism Company Answer to Objection to Claim 04 (docket #253) are hereby scheduled for a pre-trial conference that will held on 12/02/2016 at 10:30 A.M. at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR. Unless excused for good cause, each party shall be represented at the pretrial conference by counsel who is to conduct the trial on behalf of said party, and who shall be thoroughly familiar with the facts and applicable law of the case. The parties shall file a proposed pretrial report with this court <u>SEVEN</u> (7) days prior to the date scheduled for the pretrial conference.

Said pretrial report shall set forth the following:

1. The nature of the case;
2. The theory of the parties;
3. The admitted facts;
4. The ultimate facts in dispute; evidence at the trial will

        be limited to these issues of fact;

5. a list of exhibits to be offered at trial by each party other than those to be used for impeachment):

    a. In the sequence proposed to be offered;

    b. The moving party exhibits must be marked alphabetically (A-Z) and the respondent exhibits must be marked numerically (1-100);
    c. With a description of each, sufficient for identification;
    d. With a statement of any objections reserved as to admissibility, together with supporting authority for the objection;
    e. With a statement confirming that parties have exchanged copies of all exhibits.

6. A list of each deposition intended to be used by each party, with designation of portions to be used by the party first offering the same, as well as counter designation, if any, of the opposing party. Objections to any designated portions not made before or at the pretrial hearing will be deemed waived; and,

7. A legal memorandum on the contested issues of law.

Failure to comply with this order may result in the imposition of any sanctions that the court may deem appropriate, including the dismissal of the case, striking pleadings, or as provided in rule 16(f) of the Federal Rules of Civil Procedure.

In San Juan, Puerto Rico, this 16 day of September, 2016.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C: DEBTOR(S)
ISABEL M FULLANA