## *GARCIA-ARREGUI & FULLANA LAW OFFICES*

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530

Fax: (787) 756-7800

Mr. Wilhelm Sack
The Horned Dorset Primavera Inc
Rincon, PR 00677

October 21, 2016

Invoice   11047
#

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | ADEQUATE ASSURANCE ISSUES | | |
| 4/19/2016 | Several emails with client regarding payments to AEE. Balance due. Email receipt from Lic. Colon, AEE payments. | 1.00 250.00/hr | 250.00 |
| 4/20/2016 | Several emails to and from client as to balance pending from AEE, and possibility of Bond. | 0.60 250.00/hr | 150.00 |
| 4/21/2016 | Draft memo to AEE. | 0.60 250.00/hr | 150.00 |
| 4/29/2016 | Several exchanges of email with debtor, Lic. Cintron, RE: debt to AEE. | 0.60 250.00/hr | 150.00 |
| 5/2/2016 | Email exchange regarding the posting of as bond and payment of due amounts. | 0.60 250.00/hr | 150.00 |
| 5/3/2016 | Review memo summary operation for year 2016. Exchange email regarding AEE payments. | 0.80 250.00/hr | 200.00 |
| | Receipt, review and lodging of documents as to the $10,000.00 bond. | 0.60 250.00/hr | 150.00 |
| | Email from Mr. Sack / RE: AEE Bond. | 0.10 125.00/hr | 12.50 |
| 5/4/2016 | Receiving email or memo from Mr. Aquino of HDP / RE: Bond contract for PREPA | 0.60 125.00/hr | 75.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/6/2016 | Memo to Lic. Colon PREPA, submitting Bond for $10,000.00. | 0.60<br>250.00/hr | 150.00 |
| 5/9/2016 | Email to debtor confirming communication with representative of AEE as to payment on May 25. | 0.60<br>250.00/hr | 150.00 |
| | phone conference with Lic. Cintron/AEE / RE: memo of conversation with  regional manager | 0.60<br>250.00/hr | 150.00 |
| 5/20/2016 | Receiving email or memo from  regional area manager / RE: PREPA | 0.10<br>125.00/hr | 12.50 |
| 5/24/2016 | Email to Atty. Fullana/RE: PREPA issues. | 0.20<br>125.00/hr | 25.00 |
| | phone call to Mr. Sack on follow up to PREPA issues. | 0.30<br>125.00/hr | 37.50 |
| | Phone call with Mr. Sack/RE;PREPA. | 0.30<br>125.00/hr | 37.50 |
| 5/25/2016 | Phone call with Mr. Sack/RE: possible service disconnection PREPA. | 0.40<br>125.00/hr | 50.00 |
| 6/1/2016 | Receiving email or memo from client draft of email to Lic Cintron AEE / RE: description of  invoices pending for adequate assurance and services. | 0.60<br>250.00/hr | 150.00 |
| 6/3/2016 | Receipt, review and lodging of email regarding PREPA | 0.60<br>250.00/hr | 150.00 |
| 6/9/2016 | phone conference with PJ Rivera, debtor accountant, RE: statement of account payment to PREPA. | 0.30<br>250.00/hr | 75.00 |
| | Meeting at PREPA | 2.00<br>250.00/hr | 500.00 |
| | Review invoices and payments analysis of payment and application. | 1.00<br>250.00/hr | 250.00 |
| 6/10/2016 | Draft email to Mr. Sack / RE: meeting with AEE representative. | 0.60<br>250.00/hr | 150.00 |
| | phone conference with Zenaida / RE: AEE reunion. | 0.30<br>250.00/hr | 75.00 |
| 6/20/2016 | Exchange email regarding Bond. | 0.60<br>250.00/hr | 150.00 |
| 6/24/2016 | Email reply to AEE copy to PJ Rivera. | 0.60<br>250.00/hr | 150.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2016 | email payment to AEE Bond. | 0.60<br>250.00/hr | 150.00 |
| 7/8/2016 | Exchange email issue regarding AAA. | 0.60<br>250.00/hr | 150.00 |
|  | phone call to Mr. Sack verify amount overdue for payment AAA. | 0.60<br>250.00/hr | 150.00 |
|  | phone conference with Lic. Rodriguez AEE - issues as to cutting of service - proposed plan. | 0.60<br>250.00/hr | 150.00 |
| 8/5/2016 | drafting and sending email or memo to Lic. Cintron. Balance of account. | 0.60<br>250.00/hr | 150.00 |
|  | phone calls relating to outstanding debt owed to AEE. | 0.60<br>250.00/hr | 150.00 |
| 8/16/2016 | phone call to Hiram Boscio, RE: regarding bond. | 0.60<br>250.00/hr | 150.00 |
| 9/6/2016 | Receiving email or memo from Zenaida Feliciano RE: adequate assurance PREPA | 0.20<br>125.00/hr | 25.00 |
|  | SUBTOTAL: | [     19.60 | 4,625.00] |

Adversary matters,filing drafting

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/16/2016 | Review initial draft of complaint against T&C Inmobillaria. | 0.80<br>250.00/hr | 200.00 |
| 5/25/2016 | Meeting with Lic. Bennazar, Capdevila, RE: pending matters and draft of complaint argument, collection of monies against residents | 2.00<br>250.00/hr | 500.00 |
| 6/6/2016 | Email from Bennazar / RE: translated documents for complaint. 16-00156 | 0.60<br>250.00/hr | 150.00 |
| 6/10/2016 | Amended complaint against  Inmobiliaria T & C to include pledge of jurisdictional grounds and venue | 0.30<br>125.00/hr | 37.50 |
| 6/16/2016 | Receipt, review and lodging of claim for damages Villa 10 16-00141 | 0.60<br>250.00/hr | 150.00 |
|  | preparing of initial legal memorandum or motion to be filed with the court. Request online for a  certification from the Registry of Property 16-00156 | 0.60<br>250.00/hr | 150.00 |
| 6/22/2016 | Worked on draft of adversary for declaratory judgment. | 1.30<br>125.00/hr | 162.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/23/2016 | Worked on draft of adversary for declaratory judgment. | 3.90<br>125.00/hr | 487.50 |
| 6/24/2016 | Worked on draft of adversary against claim 10. | 0.60<br>125.00/hr | 75.00 |
| 6/29/2016 | Worked on adversary proceeding and amended complaint against Domenech | 1.80<br>125.00/hr | 225.00 |
| 6/30/2016 | Discussion  allegations in  complaint. 16-00156 | 0.60<br>250.00/hr | 150.00 |
|  | Worked on complaint for declaratory judgment. | 3.80<br>125.00/hr | 475.00 |
| 7/1/2016 | Amended complaint against Domenech. | 2.00<br>125.00/hr | 250.00 |
| 7/6/2016 | Review draft final complaint objection to claim. 16-00141 | 1.00<br>250.00/hr | 250.00 |
| 7/7/2016 | Review and comments injunction. 16-00141 | 1.00<br>250.00/hr | 250.00 |
|  | Drafted declaration affidavit for TRO. | 0.80<br>125.00/hr | 100.00 |
|  | Made final changes to complaint to incorporate Atty. Fullana's comment. | 2.30<br>125.00/hr | 287.50 |
|  | Drafted preliminary injunction request. | 1.40<br>125.00/hr | 175.00 |
|  | phone call with Lcdo. Bennazar, Re: Complaint  Inmobiliaria T&C | 0.40<br>125.00/hr | 50.00 |
|  | phone call with Mr. Sack, RE: Temporary preliminary injunction | 0.60<br>125.00/hr | 75.00 |
| 7/8/2016 | Review final draft urgent motion preliminary injunction filing. 16-00141 | 0.80<br>250.00/hr | 200.00 |
|  | Review and analyzed court order, RE: TRO hearing. | 0.30<br>125.00/hr | 37.50 |
|  | Prepared and sent of service of summons. | 1.00<br>125.00/hr | 125.00 |
| 7/11/2016 | Filing of summons executed. | 0.30<br>125.00/hr | 37.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/12/2016 | email photo pool. Adv. 16-00141 | 0.60<br>250.00/hr | 150.00 |
| 7/13/2016 | Receipt, review and lodging of pool, prepare for hearing preliminary injunction. | 0.30<br>250.00/hr | 75.00 |
|  | phone call with Mr. Sack, RE: TRO pictures of the pool condition | 0.60<br>125.00/hr | 75.00 |
| 7/14/2016 | Prepared and drafted direct examination of Mr. Sack. | 0.90<br>125.00/hr | 112.50 |
|  | Receiving email or memo from Mr. Sack, RE: pictures for TRO pool | 0.30<br>125.00/hr | 37.50 |
| 7/15/2016 | Court hearing preliminary hearing conversation with client and with Lic. Mohamed Yassim. 16-00141 | 2.00<br>250.00/hr | 500.00 |
|  | Review and analyzed minutes of hearing on injunction. | 0.40<br>125.00/hr | 50.00 |
|  | Court Appearance for hearing on TRO | 2.00<br>125.00/hr | 250.00 |
| 7/19/2016 | Drafted motion for embargo of real property. | 1.80<br>125.00/hr | 225.00 |
|  | Drafted motion for embargo of real property. | 1.80<br>125.00/hr | 225.00 |
| 7/20/2016 | Amended motion for embargo to discuss standard for such without bond. | 1.70<br>125.00/hr | 212.50 |
|  | Worked on Motion for embargo to discuss evidence and legal presumptions. | 3.30<br>125.00/hr | 412.50 |
| 7/21/2016 | Amended motion for embargo to include Bennazar and Fullana's comment. | 1.20<br>125.00/hr | 150.00 |
|  | Drafted proposed order and writ for embargo | 0.90<br>125.00/hr | 112.50 |
|  | Drafted affidavit for client for embargo request. | 0.40<br>125.00/hr | 50.00 |
|  | Receiving email or memo from Mr. Sack, RE: adversary. | 0.20<br>125.00/hr | 25.00 |
|  | Receiving email or memo from Mr. Sack, RE: un sworn statement for embargo | 0.20<br>125.00/hr | 25.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/21/2016 | phone call to attorney  Bennazar, RE: Embargo request. | 0.30<br>125.00/hr | 37.50 |
| 7/22/2016 | Final amendments to complaint. | 0.60<br>125.00/hr | 75.00 |
|  | Drafted cover sheet for adversary. | 0.30<br>125.00/hr | 37.50 |
|  | Filing of urgent motion for Embargo. | 0.20<br>125.00/hr | 25.00 |
| 7/23/2016 | phone conference Lic. Yassim, RE: pool and accessories, Email copy photo pool. 16-00141 | 0.60<br>250.00/hr | 150.00 |
| 7/25/2016 | phone conference with Lic. Yassim, RE: pool. 16-00141 | 0.60<br>250.00/hr | 150.00 |
| 7/26/2016 | phone call to Atty. Bennazar, RE: status of embargo motion. | 0.30<br>125.00/hr | 37.50 |
|  | Receiving email or memo from Mr. Sack, RE: recording fee's for embargo. | 0.30<br>125.00/hr | 37.50 |
|  | phone call to Bennazar, RE; Adv. Inmobiliaria T&C and appearance | 0.60<br>125.00/hr | 75.00 |
|  | phone call to Lic. Yassim, RE: pool. 16-00141 | 0.60<br>250.00/hr | 150.00 |
| 7/28/2016 | Worked with Mr. Sack on interrogatories to explain each and every request | 2.30<br>125.00/hr | 287.50 |
| 7/29/2016 | phone call to Court's Clerk office to check status of summons. | 0.40<br>125.00/hr | 50.00 |
|  | Meeting with Mr. Sack on interrogatories. | 1.10<br>125.00/hr | 137.50 |
|  | Review and analyzed motion to inform filed by defendants, RE: TRO. | 0.40<br>125.00/hr | 50.00 |
|  | Preparation summons Inmobiliaria T & C | 0.60<br>125.00/hr | 75.00 |
|  | Message to Lic. Yassim RE: Status of stipulation. 16-00156 | 0.20<br>250.00/hr | 50.00 |
| 8/1/2016 | Receipt, review and lodging of order granting embargo against T& C Inmobiliaria 16-00156 | 0.60<br>250.00/hr | 150.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/2/2016 | Filing of Summons Executed. Adv. Inmobiliaria  T&C | 0.20<br>125.00/hr | 25.00 |
| 8/15/2016 | phone conference with Mr. Sack, amount needed for embargo, Reply including amount. 16-00156 | 0.60<br>250.00/hr | 150.00 |
| 8/17/2016 | Conference with HDP, RE: nunc pro tunc embargo, information as to security. 16-00156 | 0.60<br>250.00/hr | 150.00 |
| 8/26/2016 | Review final draft motion for embargo .16-00156 | 0.60<br>250.00/hr | 150.00 |
|  | Filing of Motion to amend embargo. Adv. 16- 00156 | 0.10<br>125.00/hr | 12.50 |
|  | Drafted proposed amended order and writ. Adv. 16-00156 | 0.40<br>125.00/hr | 50.00 |
|  | Drafted motion to amend embargo order. 16-00156 | 2.00<br>125.00/hr | 250.00 |
| 8/30/2016 | Meeting with Lcda Fullana to discuss intervention and strategy for opposition. Adv. 16-00156 | 0.80<br>125.00/hr | 100.00 |
|  | Review and analyzed PRCI's motion for intervention and complaint  16-00156 | 1.30<br>125.00/hr | 162.50 |
|  | Receipt, review and lodging of leave to file counter claims non core, review of complaint filed. 16-00156 | 1.00<br>250.00/hr | 250.00 |
| 9/1/2016 | Review and analyzed preliminary draft of expert report. Adv. 16-00141 | 0.50<br>125.00/hr | 62.50 |
|  | Drafted Motion for Default Judgment. Adv. 16-00156 | 1.40<br>125.00/hr | 175.00 |
|  | Filing of motion for entry of Default .Adv. 16-00156 | 0.20<br>125.00/hr | 25.00 |
|  | Drafted Motion to vacate order allowing PRCI's Intervention. Adv. 16-00156 | 1.00<br>125.00/hr | 125.00 |
|  | Receipt, review and lodging of order granting intervention and other. | 0.60<br>250.00/hr | 150.00 |
|  | Review draft default.`ad. 16-00156 | 0.60<br>250.00/hr | 150.00 |
|  | Receipt, review and lodging of appearance, Alexis Fuentes on behalf of T&C | 0.30<br>250.00/hr | 75.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/2016 | Worked on opposition to PRCI's Intervention. Adv. 16-00156 | 3.40<br>125.00/hr | 425.00 |
|  | Worked on draft of opposition to PRCI's intervention. Drafted argument relating to lack of standing and mortgage law protection. Adv. 16-00156 | 2.40<br>125.00/hr | 300.00 |
|  | Discussing as to motion filed by PRCI / motion to vacate. Adv. 16-00156 | 0.80<br>250.00/hr | 200.00 |
|  | Discussion  information pertaining discovery, initial disclosures. 16-00141 | 0.60<br>250.00/hr | 150.00 |
| 9/6/2016 | Worked on draft of opposition to intervention complaint. Adv. 16-00156 | 3.20<br>125.00/hr | 400.00 |
|  | Legal Research as to possible grounds of dismissal of the HDP's complaint for lack of subject matter jurisdiction as a non-core matter; and research as to a way to counter there. Adv. 16-00156 | 2.00<br>125.00/hr | 250.00 |
| 9/7/2016 | Worked on amendments to motion to vacate and opposition to intervention. Adv. 16-00156 | 1.90<br>125.00/hr | 237.50 |
|  | Made final changes to motion to vacate as instructed by Atty. Fullana and added hyperlinks. Adv. 16-00156 | 0.40<br>125.00/hr | 50.00 |
|  | Review and analyzed certified translation of registrars certification. Adv. 16-00156 | 0.30<br>125.00/hr | 37.50 |
|  | Review final draft motion to vacate .adv. 16-00156 | 0.80<br>250.00/hr | 200.00 |
|  | Review final draft motion.16-00156 | 0.60<br>250.00/hr | 150.00 |
|  | review of Initial draft of request for  entry of default. 16-00156 | 0.60<br>250.00/hr | 150.00 |
| 9/8/2016 | Review and analyzed motion filed by Defendants adv. 16-00156 | 0.30<br>125.00/hr | 37.50 |
| 9/9/2016 | phone call with Lcdo. Añeses, RE: request of copy of deed. 16-00141 | 0.10<br>125.00/hr | 12.50 |
| 9/12/2016 | phone call with Lcdo. Añeses, RE: exhibits of Deed of Restrictive covenants. Adv. 16-00141 | 0.20<br>125.00/hr | 25.00 |
|  | Meeting with Atty. Fullana to discuss status of case and conversation with. Adv. 16-00141 | 0.30<br>125.00/hr | 37.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/13/2016 | Review and analyzed motion to dismiss filed by Defendants .adv. 16- 00141 | 0.70 125.00/hr | 87.50 |
|  | Review and initial review MTD/Domenech. 16-00141 | 0.80 250.00/hr | 200.00 |
| 9/16/2016 | Review and analyzed court order, RE: motion to dismiss Adv. 16-00141 | 0.20 125.00/hr | 25.00 |
| 9/20/2016 | Review and analyzed motion filed by PRCI and discussion with Lcda. Fullana as to course of action. Adv. 16- 00156 | 0.60 125.00/hr | 75.00 |
| 9/21/2016 | Receiving email or memo from client / RE: Pool Room 10 Adv. 16-00141 | 0.20 125.00/hr | 25.00 |
| 9/23/2016 | Review and analyzed court order, DKT 29 adv. 16-00156 | 0.10 125.00/hr | 12.50 |
| 9/26/2016 | Review and analyzed opposition to motion to vacate filed by PRCI, DKT 31 Adv. 16-00156 | 1.30 125.00/hr | 162.50 |
| 9/27/2016 | Meeting with Atty. Fullana to discuss PRCI position as to rank of lien and conversation with Property Registrar. Adv. 16-00156 | 0.40 125.00/hr | 50.00 |
| 9/28/2016 | Review and analyzed motion submitting documents filed by PRCI. 16-00156 | 0.60 125.00/hr | 75.00 |
|  | Meeting with Atty. Fullana to discuss strategy to contest mortgage over property. 16=00156 | 0.80 125.00/hr | 100.00 |
| 9/30/2016 | Receipt, review and lodging of answer to complaint. 16-00156 | 0.60 250.00/hr | 150.00 |
|  | preparing of initial legal memorandum or motion to be filed with the court.  ADV. 16-00141 | 1.40 125.00/hr | 175.00 |
|  | Review file. 16-00141 | 0.90 125.00/hr | 112.50 |
|  | Meeting with Atty. Fullana to discuss answer to complaint and strategy to tackle CRIM issue. 16-00156 | 0.60 125.00/hr | 75.00 |
|  | Filing of Motion for Ext of time. 16-00141 | 0.10 125.00/hr | 12.50 |

SUBTOTAL:                                                    [      96.80        14,925.00]

APPLICATION FROFESIONALS

| 4/12/2016 | Drafting second application for compensation. | 1.80 250.00/hr | 450.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/12/2016 | Drafting notice to creditors, accountant and debtor second application. | 0.60 250.00/hr | 150.00 |
| 4/25/2016 | Drafting and filing application for compensation special counsel and notice. | 1.00 250.00/hr | 250.00 |
| 6/15/2016 | Receipt, review and lodging of professional services AJB, Drafting second application for fees. | 1.00 250.00/hr | 250.00 |
| 6/16/2016 | Draft second application for compensation AJB. Copy by email. | 1.00 250.00/hr | 250.00 |
|  | SUBTOTAL: | [         5.40 | 1,350.00] |
|  | Drafting  Disclosure Statement and Plan |  |  |
| 5/3/2016 | Receipt, review and lodging of objection to disclosure statement. | 0.60 250.00/hr | 150.00 |
|  | Review and analyzed objection filed by US Trustee to D. S. | 1.10 125.00/hr | 137.50 |
| 5/4/2016 | Receipt, review and lodging of objection filed by the US Trustee. | 0.80 250.00/hr | 200.00 |
| 5/5/2016 | phone conference with Pedro Rivera as to objection to disclosure statement filed by US Trustee. | 0.60 250.00/hr | 150.00 |
| 5/13/2016 | phone call with CPA Rivera to discuss UST objection to D. S. | 1.30 125.00/hr | 162.50 |
| 5/16/2016 | Prepare for hearing disclosure statement. Review objection to disclosure statement by US Trustee. | 1.80 250.00/hr | 450.00 |
|  | Email from CPA: objection by US Trustee to financial information and discussion of same. | 1.00 250.00/hr | 250.00 |
|  | Receipt, review and lodging of accountant reply to Trustee's objection. | 0.60 250.00/hr | 150.00 |
| 5/17/2016 | Court Appearance for Hearing/Disclosure Statement. | 1.80 250.00/hr | 450.00 |
|  | Meeting with CPA Rivera reply to objection to US Trustee | 0.60 250.00/hr | 150.00 |
|  | Telephone conference with Atty. Fullana to discuss outcome of hearing on D. S. and strategy. | 0.40 125.00/hr | 50.00 |
| 5/18/2016 | Review and analyzed minutes of hearing on D.S | 0.30 125.00/hr | 37.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
|  | SUBTOTAL: | [          10.90 | 2,337.50] |
|  | EXECUTORY CONTRACT MATTERS |  |  |
| 5/25/2016 | Receipt, review and lodging of motion to assume executory contract | 0.60<br>250.00/hr | 150.00 |
| 6/20/2016 | Receipt, review and lodging of contracts management of Villas. | 1.00<br>250.00/hr | 250.00 |
| 6/21/2016 | Phone call with Lic. Bennazar ; Re addresses  to notify the assumption of the executory contract | 0.60<br>250.00/hr | 150.00 |
|  | Review and analyzed reports sent by Zenaida Feliciano, RE: Room 29 contract. | 1.70<br>125.00/hr | 212.50 |
| 6/22/2016 | Email exchange information as address of all owners of residents. | 0.30<br>250.00/hr | 75.00 |
| 6/24/2016 | Receiving email or memo from client (Mr. Sack), RE: issues with pool of Room 10. | 0.30<br>125.00/hr | 37.50 |
| 6/27/2016 | final draft of motion,memorandum and filing with the court by ECM; Motion to assume executory contracts and usufruct | 2.00<br>250.00/hr | 500.00 |
| 7/5/2016 | Email to Mr. Sack, RE: room 29 contract. | 0.40<br>125.00/hr | 50.00 |
| 7/7/2016 | Email exchange with Mr. Sack and Lcdo. Bennazar, RE: executory contract Room 29 | 0.40<br>125.00/hr | 50.00 |
| 7/12/2016 | Receiving email or memo from Mr. Sack, RE: executory contract Room 29 | 0.40<br>125.00/hr | 50.00 |
| 7/15/2016 | Drafting motion requesting entry of order granting assumption of executory contracts. | 0.80<br>250.00/hr | 200.00 |
|  | Review and analyzed objection to assumption of executory contract and discussion with Atty Fullana | 0.80<br>125.00/hr | 100.00 |
| 7/18/2016 | Motion to quash PRCI objection | 1.00<br>250.00/hr | 250.00 |
| 7/21/2016 | email document/ memo  to Mr. Sack, RE: contract with Michael Rabinowitz | 0.20<br>125.00/hr | 25.00 |
| 9/6/2016 | Review and analyzed Grovas motion in opposition. | 1.00<br>125.00/hr | 125.00 |
|  | Drafted motion for leave to file reply motion to Grovas' motion. | 0.80<br>125.00/hr | 100.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/6/2016 | Receiving email or memo from Lcdo. Jaime Velasco, RE: meeting with Groves Rental. | 0.30 125.00/hr | 37.50 |
|  | Email to Mr. Sacks, RE: Grovas 's motion to reject contract. | 0.30 125.00/hr | 37.50 |
| 9/7/2016 | Drafted Motion for entry of order granting unopposed motion to quash. | 1.60 125.00/hr | 200.00 |
| 9/9/2016 | Meeting with Lcdo. Velasco and Lcda. Fullana | 0.80 125.00/hr | 100.00 |
|  | Meeting with counsel for Grovas | 0.80 250.00/hr | 200.00 |
| 9/12/2016 | Review / term to reply elapsed 1/12/2016 | 0.30 250.00/hr | 75.00 |
| 9/16/2016 | Review, analyzed and lodged order for hearing to reply to Grovas motion. | 0.10 125.00/hr | 12.50 |
|  | Receiving email or memo from Mr. Sack, RE: Grovas and Room 29 expenses. | 0.30 125.00/hr | 37.50 |
|  | Legal Research of case law for reply motion to Grovas opposition to assumption of contract. | 0.90 125.00/hr | 112.50 |
| 9/19/2016 | Drafted reply motion to Grovas' opposition to the assumption of Executory contract. | 2.50 125.00/hr | 312.50 |
|  | Continued to work on Reply Motion. | 2.10 125.00/hr | 262.50 |
|  | Email exchange with Mr. Sack, RE: Room 29 and room pool | 0.40 125.00/hr | 50.00 |
|  | Email exchange with Mrs. Zenaida Feliciano. RE: Room 29 - Grovas | 0.40 125.00/hr | 50.00 |
| 9/20/2016 | Worked on draft of reply motion to Grovas' opposition. Argument lack of standby pursuant to Section 1109(b). | 1.70 125.00/hr | 212.50 |
|  | Final amendments to Reply motion to include Lcda. Fullana's comment and corrections. | 0.50 125.00/hr | 62.50 |
| 9/26/2016 | Review and analyzed Omnibus motion filed by PRCI | 0.80 125.00/hr | 100.00 |
|  | SUBTOTAL: | [      26.10 | 4,187.50] |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | **GENERAL MATTER/COMPILING INFORMATION** | | |
| 4/25/2016 | Email: Requesting information as to Tax Return. | 0.60<br>250.00/hr | 150.00 |
| 5/24/2016 | Meeting with Atty. Fullana to discuss status, pending matters and course of action. | 0.50<br>125.00/hr | 62.50 |
| 5/25/2016 | Meeting with Atty. Fullana to discuss strategy to address pool issues of claim 10 and PREPA. | 0.60<br>125.00/hr | 75.00 |
| | phone call with Mr. Sack, RE: PREPA and claim 10. | 1.00<br>125.00/hr | 125.00 |
| 6/14/2016 | phone conference | 0.30<br>250.00/hr | 75.00 |
| | phone conference | 0.30<br>250.00/hr | 75.00 |
| 6/16/2016 | Meeting with Atty. Fullana to discuss issue with Room 10 executory contract | 1.00<br>125.00/hr | 125.00 |
| 6/17/2016 | Receiving email from Mr. Sack Re: Room 29 executory contract | 0.30<br>125.00/hr | 37.50 |
| 6/20/2016 | Analysis and review of  contracts to be assumed | 1.80<br>125.00/hr | 225.00 |
| | Phone call with Zenaida Feliciano Re: Room 29 contract and Claim 10 | 0.60<br>125.00/hr | 75.00 |
| 6/29/2016 | phone call with Mrs. Lugo from easy check, RE: claim 8. | 0.30<br>125.00/hr | 37.50 |
| 8/16/2016 | drafting and sending email or memo to Hiram Boscio, RE: financial statement. | 0.30<br>250.00/hr | 75.00 |
| | SUBTOTAL: | [        7.60 | 1,137.50] |
| | **GENERAL MATTERS DEBTOR OPERATIONS** | | |
| 4/7/2016 | Receiving email or memo from client. RE; invoice. | 0.60<br>250.00/hr | 150.00 |
| 4/28/2016 | Email exchange with Carlos Aquino, RE: IVU filing and payments. | 0.80<br>250.00/hr | 200.00 |
| 4/29/2016 | Email from Mr. Sack, RE: AEE security deposit. | 0.20<br>125.00/hr | 25.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/2016 | phone call to CPA Rivera; RE: claims IVU and Tourism. | 0.60<br>250.00/hr | 150.00 |
| 5/11/2016 | Receiving email or memo from Mr. Sack - Regarding new personal as to account payable. | 0.60<br>250.00/hr | 150.00 |
|  | Email / RE: Mr. Sack regarding payment of AEE Bill. | 0.60<br>250.00/hr | 150.00 |
| 5/16/2016 | Email exchange as to several issues<br>-Bond from Tourism<br>-IVU amounts<br>-payment of fee, US Trustee. | 0.80<br>250.00/hr | 200.00 |
| 5/24/2016 | Receipt, review and lodging of email from counsel for IRS / information phone conference Pedro Rivera. | 0.60<br>250.00/hr | 150.00 |
| 5/25/2016 | Email from Mr. Sack; RE: letter | 0.60<br>250.00/hr | 150.00 |
|  | Meeting with Atty. Bennazar y Atty. Fullana to discuss adversary to Mr. Bechara and Mr. Domenech. | 1.30<br>125.00/hr | 162.50 |
| 5/27/2016 | Review documents required by the IRS/Planilla. | 0.60<br>250.00/hr | 150.00 |
| 6/1/2016 | Receipt, review and lodging of Tourism; regarding  filing with the Tourism Company | 0.60<br>250.00/hr | 150.00 |
| 6/2/2016 | phone conference with Sack as to payment for AEE and fondo del seguro premium. | 0.60<br>250.00/hr | 150.00 |
| 6/14/2016 | Review of information as to payments, email to Rivera | 0.80<br>250.00/hr | 200.00 |
|  | phone conference with PJ Rivera, analysis of account and payments make phone conference Zenaida, RE: payment for April + May. | 0.70<br>250.00/hr | 175.00 |
| 6/16/2016 | Conference claim of  Grovas and T C Inmobiliaria | 1.00<br>250.00/hr | 250.00 |
|  | Receipt, review and lodging of request certification from Registry of Property. | 0.60<br>250.00/hr | 150.00 |
|  | Receipt, review and lodging of email request payments to AEE. | 0.30<br>250.00/hr | 75.00 |
| 6/17/2016 | Analysis of court order re: assumption of contracts | 0.20<br>125.00/hr | 25.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/22/2016 | Email to Lic Bennazar copy of title search. | 0.30 250.00/hr | 75.00 |
| 6/27/2016 | email document/ memo received from client and reply to same. AEE and Domenech claims | 1.00 250.00/hr | 250.00 |
| 7/1/2016 | email document/ memo received from Mrs. Lugo from easy check, RE: objection claim 8 | 0.40 250.00/hr | 100.00 |
| 7/5/2016 | email exchange RE: Room 29 contaminated pool. | 0.60 250.00/hr | 150.00 |
| 7/6/2016 | Email from Lcdo. Carroll, return payment. | 0.30 125.00/hr | 37.50 |
| 7/11/2016 | phone call to CPA Rivera. | 0.60 250.00/hr | 150.00 |
| | phone conference Sra. Santiago, RE: reconnection of services - email exchange with client copies of payments. | 0.60 250.00/hr | 150.00 |
| | Review and analyzed motion for audit filed by SIFC. | 0.70 125.00/hr | 87.50 |
| | Review and analyzed court order. | 0.20 125.00/hr | 25.00 |
| 7/15/2016 | Receiving email or memo from Zenaida. | 0.60 250.00/hr | 150.00 |
| | Phone call with Zenaida Feliciano, RE: SIFC documents. | 0.40 125.00/hr | 50.00 |
| 7/18/2016 | email document/ memo received from Mr. Sack, RE: utility services. | 0.30 125.00/hr | 37.50 |
| 7/19/2016 | Amended motion to quash, RE: PRCI Intervention. | 2.20 125.00/hr | 275.00 |
| 7/20/2016 | phone conference with Zenaida, RE: fondo del seguro del estado payment to US Trustee and AEE. | 0.60 250.00/hr | 150.00 |
| | phone conference with CPA Rivera information regarding manager reports and analysis. | 0.60 250.00/hr | 150.00 |
| 7/22/2016 | Review and analyzed amended expert report sent by CPA Rivera. | 1.20 125.00/hr | 150.00 |
| | Review and analyzed court order and notices. | 0.30 125.00/hr | 37.50 |

Mr. Wilhelm Sack

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/28/2016 | phone call with P.J. Rivera, RE: list of cases and report. | 0.40<br>125.00/hr | 50.00 |
| 7/29/2016 | phone conference with Zenaida, RE: poliza fondo del seguro del estado. | 0.60<br>250.00/hr | 150.00 |
| 8/1/2016 | phone conference with Lic. Wally de la Rosa, RE FSE payment and registration, phone conference with Zenaida Feliciano | 0.70<br>250.00/hr | 175.00 |
| | Analysis of order for embargo in Adv. Against T&C | 0.30<br>125.00/hr | 37.50 |
| | Receiving email from Mr. Sack. Re: foreclosure case in Aguada. | 0.20<br>125.00/hr | 25.00 |
| 8/2/2016 | Receiving email or memo from Zenaida, RE: information Fondo del Seguro del Estado. | 0.60<br>250.00/hr | 150.00 |
| 8/8/2016 | Analysis of Motion filed by Grovas Rental | 0.20<br>125.00/hr | 25.00 |
| 8/9/2016 | Phone call with IRS (Mrs. Natalie Pelaez). | 0.40<br>125.00/hr | 50.00 |
| 8/10/2016 | Review with Lic. Capdevila, RE: IRS and Tourism claims. | 0.60<br>250.00/hr | 150.00 |
| 8/11/2016 | Email from Lcdo. Bennazar. Re: criminal case against the HDP | 0.60<br>125.00/hr | 75.00 |
| 8/12/2016 | Receipt, review and lodging of Registrar's Certification property. | 0.60<br>250.00/hr | 150.00 |
| 8/15/2016 | Receiving email from Mr. Sack. Re: Embargo in T&C adv. | 0.40<br>125.00/hr | 50.00 |
| 8/22/2016 | Receipt, review and lodging of email, RE- Payment of invoice. | 0.30<br>250.00/hr | 75.00 |
| 8/24/2016 | phone call to Mr. Sack, non payment of taxes post petition. | 0.60<br>250.00/hr | 150.00 |
| 8/25/2016 | drafting and sending email or memo to Mr. Sack, RE: tax reports not paid - receipt reply. | 0.60<br>250.00/hr | 150.00 |
| | Receipt, review and lodging of post petition non payment of room tax. | 0.60<br>250.00/hr | 150.00 |
| | phone call with Mr. Fernandez from EDB, RE: payment to Hacienda. | 0.60<br>125.00/hr | 75.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/25/2016 | phone call with Mr. Freyre from EDB, RE: payment to Hacienda | 0.40<br>125.00/hr | 50.00 |
| | phone call to client Mr. Freyre form EDB, RE; payment to Hacienda | 0.40<br>125.00/hr | 50.00 |
| 8/26/2016 | Receiving email or memo from Zenaida Feliciano, RE: managerial reports. | 0.30<br>125.00/hr | 37.50 |
| 9/1/2016 | Review and analyzed court order, DKT's 19, 20 & 21 | 0.30<br>125.00/hr | 37.50 |
| 9/2/2016 | Receiving email or memo from Mr. Sack, RE; pool issue Room 10 | 0.30<br>125.00/hr | 37.50 |
| 9/9/2016 | Meeting with Atty. Fullana to discuss motion to dismiss of Domenech's claim in JRTC. | 0.40<br>125.00/hr | 50.00 |
| 9/16/2016 | phone call with Mr. Sack, RE: motion filed by Tourism and Grove's Motion. | 0.40<br>125.00/hr | 50.00 |
| | phone call to AJB | 0.60<br>250.00/hr | 150.00 |
| 9/23/2016 | Received email from debtor/RE: payment AEE. | 0.60<br>250.00/hr | 150.00 |
| 9/30/2016 | phone call to Mr. Sack  status   of pending matters | 0.60<br>250.00/hr | 150.00 |
| | SUBTOTAL: | [      35.60 | 7,287.50] |

GENERAL MATTERS/FILING

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2016 | Drafted and filed certificate of service for docket 160. | 0.30<br>125.00/hr | 37.50 |
| 5/16/2016 | Filing of certificate of service. | 0.10<br>125.00/hr | 12.50 |
| 5/18/2016 | Filing of certificate of service. | 0.20<br>125.00/hr | 25.00 |
| | Drafted certificate of service of objection to claim 17. | 0.40<br>125.00/hr | 50.00 |
| | Filing of objection to claim 17 | 0.20<br>125.00/hr | 25.00 |
| 6/7/2016 | Filed motion for entry of order. | 0.10<br>125.00/hr | 12.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/15/2016 | Drafted motion for extension of time to file claims objection. | 0.60<br>125.00/hr | 75.00 |
|  | Filing motion of extension of time. | 0.10<br>125.00/hr | 12.50 |
| 6/28/2016 | Review and analyzed court order, RE: Extent ion of time. | 0.20<br>125.00/hr | 25.00 |
| 6/30/2016 | Drafted motion for ext. of time. | 0.30<br>125.00/hr | 37.50 |
|  | Filed motion for ext. of time. | 0.10<br>125.00/hr | 12.50 |
| 7/5/2016 | Review and analyzed court order schedule due date. | 0.10<br>125.00/hr | 12.50 |
| 8/11/2016 | Analysis of Court orders on Dkt 230 and 231 | 0.30<br>125.00/hr | 37.50 |
| 8/15/2016 | Analysis of court orders Dkt 235 and 236 | 0.30<br>125.00/hr | 37.50 |

SUBTOTAL:                                                  [      3.30        412.50]

LEGAL RESEARCH

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/27/2016 | Legal Research "Laches" | 1.00<br>125.00/hr | 125.00 |
| 4/28/2016 | Legal Research, statute of limitation of debts held in trust. | 1.60<br>125.00/hr | 200.00 |
| 5/2/2016 | Legal Research of IRS and Regulation as to responsibility to file a "planilla" when no tax liability arises on a certain period. | 0.80<br>125.00/hr | 100.00 |
| 5/9/2016 | Legal Research of room tax cases in federal and state court. | 2.30<br>125.00/hr | 287.50 |
| 5/17/2016 | Legal Research to Hacienda's interest regulation for assessment and collection of IVU. | 2.00<br>125.00/hr | 250.00 |
| 7/14/2016 | Legal Research on judicial notice of Zika. | 1.20<br>125.00/hr | 150.00 |
| 7/15/2016 | prepare for hearing for TRO, Researched cases and prepared oral arguments on judicial notice; case law on notification of injunction. | 1.30<br>125.00/hr | 162.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/30/2016 | Legal Research of Property Registry records to check PRCI's claim | 1.00 125.00/hr | 125.00 |
| 8/31/2016 | Review and analyzed property registry, folios on parcel with usufruct. | 0.80 125.00/hr | 100.00 |
| 9/1/2016 | Legal Research of pending or supplemental jurisdiction in bankruptcy court; particular cases issue by Judge Lamoutte. | 1.50 125.00/hr | 187.50 |
| 9/2/2016 | Legal Research of case law to support argument that the issue brought by PRCI's is non-core and lack of standing. | 0.70 125.00/hr | 87.50 |
| 9/16/2016 | Legal Research of tolling of claims and case law quoted by Tourism in support of their claim. | 0.70 125.00/hr | 87.50 |
| | SUBTOTAL: | [    14.90 | 1,862.50] |
| | MONHTLY OPERATION REPORTS | | |
| 5/2/2016 | Email to CPA Rivera, RE: report on IVU. | 0.30 125.00/hr | 37.50 |
| 5/27/2016 | Receipt, review and lodging of MOR April. | 0.60 250.00/hr | 150.00 |
| 5/31/2016 | Receipt, review and lodging of MOR April. | 0.60 250.00/hr | 150.00 |
| 8/15/2016 | Receipt, review and lodging of MOR June email to accountant as to information | 0.60 250.00/hr | 150.00 |
| 8/25/2016 | Drafting email to CPA Rivera, MOR July and analysis Domenech. | 0.60 250.00/hr | 150.00 |
| 9/23/2016 | Receiving email or memo from CPA Rivera status of MOR. | 0.60 250.00/hr | 150.00 |
| | SUBTOTAL: | [     3.30 | 787.50] |
| | REVIEW POC/OBJECTIONS | | |
| 4/25/2016 | Review objections to claim, filed by IRS. | 0.60 250.00/hr | 150.00 |
| | Amended objection claim 8 filed by IRS. | 2.70 125.00/hr | 337.50 |
| | Filing of objection to claim 8. | 0.20 125.00/hr | 25.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/26/2016 | Prepared excel chart to break down Claim 16 items. | 2.10<br>125.00/hr | 262.50 |
|  | Re-Filed objection to claim 8. | 0.20<br>125.00/hr | 25.00 |
|  | Amended service language of objection to claim 8. | 0.40<br>125.00/hr | 50.00 |
|  | Review and analyzed court order, RE: claim 8. | 0.10<br>125.00/hr | 12.50 |
| 4/27/2016 | Amended objection to claim 16, filed by Hacienda. | 1.90<br>125.00/hr | 237.50 |
|  | Telephone conference with Atty. Fullana, RE; discussion of change of legal strategy against Claim 16. | 0.30<br>125.00/hr | 37.50 |
| 4/28/2016 | Amended objection to claim 16 of Hacienda. | 2.10<br>125.00/hr | 262.50 |
|  | Email from Carlos Aquino, RE: IVU claim no. 17 and documents related to claim. | 0.30<br>125.00/hr | 37.50 |
| 4/29/2016 | Worked on draft of objection to claim 17. | 1.80<br>125.00/hr | 225.00 |
| 5/2/2016 | Amended objection to claim 16 as instructed by Atty. Fullana. | 0.80<br>125.00/hr | 100.00 |
|  | Filing of objection to claim 16. | 0.20<br>125.00/hr | 25.00 |
|  | Worked on draft of objection to claim 17. | 1.80<br>125.00/hr | 225.00 |
|  | Email to client and Atty. Bennazar RE: Claim 16. | 0.10<br>125.00/hr | 12.50 |
|  | Review of draft of objection to Hacienda claims. | 0.80<br>250.00/hr | 200.00 |
|  | Discussion as to objection issues with the IVU claim. | 0.80<br>250.00/hr | 200.00 |
|  | email document/ memo  received from client, RE: AEE payments and Bond status. | 0.60<br>250.00/hr | 150.00 |
|  | Email to CPA Rivera analysis of IVU payments. | 0.60<br>250.00/hr | 150.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2016 | Review final draft and objection to claim, Hacienda. | 0.60<br>250.00/hr | 150.00 |
| 5/12/2016 | Worked on draft of objection to claim 4 of Tourism. | 3.40<br>125.00/hr | 425.00 |
| | Telephone conference with Atty. Fullana and CPA Rivera to discuss report made on claim 17 and U.S. T. objection to D. S. | 1.00<br>125.00/hr | 125.00 |
| 5/13/2016 | Worked on objection to claim 4 filed by Tourism. | 3.50<br>125.00/hr | 437.50 |
| 5/16/2016 | Worked on draft of objection to claim 17 filed by Hacienda for IVU. | 3.30<br>125.00/hr | 412.50 |
| | Drafted certificate for service of objection to claim 4. | 0.40<br>125.00/hr | 50.00 |
| | Filing of objections to claim 4. | 0.20<br>125.00/hr | 25.00 |
| | Worked on Draft of objection to claim 4. | 3.30<br>125.00/hr | 412.50 |
| 5/17/2016 | Worked on draft of objection to claim 17 | 4.30<br>125.00/hr | 537.50 |
| 5/18/2016 | Worked on final drafts of objections to claim 17 to include Atty. Fullana's comments. | 0.60<br>125.00/hr | 75.00 |
| 5/24/2016 | Email from IRS regarding objection and request for documents. | 0.40<br>125.00/hr | 50.00 |
| | phone call with Elizabeth Lugo from easy check./RE: objection claim 8. | 0.70<br>125.00/hr | 87.50 |
| 5/31/2016 | Analysis of Answer to Objection to Claim 8 | 0.40<br>125.00/hr | 50.00 |
| | drafting and sending email Aty. Carroll from IRS Re: objection claim 8 | 0.30<br>125.00/hr | 37.50 |
| | Receiving email from Atty. Carroll from IRS. Re: Objection to Claim 8 | 0.20<br>125.00/hr | 25.00 |
| 6/2/2016 | Review and analyzed report made on claim 17. | 0.90<br>125.00/hr | 112.50 |
| 6/6/2016 | Follow up - objection withholding  taxes claim | 0.60<br>250.00/hr | 150.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/7/2016 | Review and analyzed court order, RE; claim 16 | 0.30<br>125.00/hr | 37.50 |
|  | Drafted motion to request entry of Order, Re: claim 16 | 0.60<br>125.00/hr | 75.00 |
| 6/15/2016 | Phone call with Mr. Sack Re; Claim 10 and executory contract of Room 29 | 0.40<br>125.00/hr | 50.00 |
| 6/17/2016 | Worked on draft of complaint for declaratory judgment | 4.20<br>125.00/hr | 525.00 |
|  | Phone call with Zenaida Feliciano re: Claim 10 | 0.50<br>125.00/hr | 62.50 |
|  | Phone call with Mr. Sack re: Claim 10 and pool issue | 0.50<br>125.00/hr | 62.50 |
|  | Analysis of motion filed by Hacienda Re: Objection to Claim 17 | 0.30<br>125.00/hr | 37.50 |
| 6/21/2016 | Receiving email or memo from Zenaida Feliciano, RE: Claim 10 and Room 29 | 0.30<br>125.00/hr | 37.50 |
| 6/30/2016 | Receiving email or memo from Mrs. Elizabeth Lugo, RE: IRS claim. | 0.40<br>125.00/hr | 50.00 |
| 7/6/2016 | Receiving email or memo from Mrs. Lugo, RE: IRS claim. | 0.30<br>125.00/hr | 37.50 |
| 7/7/2016 | Amended complaint claim 10. | 1.00<br>125.00/hr | 125.00 |
|  | Receiving email or memo from Lcdo. Carroll RE; IRS claim | 0.30<br>125.00/hr | 37.50 |
| 7/19/2016 | Drafted motion to inform status of objection and discovery with IRS. | 0.60<br>125.00/hr | 75.00 |
|  | Filing of motion to inform. | 0.10<br>125.00/hr | 12.50 |
| 7/20/2016 | Review and analyzed response to objection filed by Hacienda. | 0.60<br>125.00/hr | 75.00 |
|  | Meeting with Atty. Fullana to discuss strategy for reply motion for Haciendas response. | 0.50<br>125.00/hr | 62.50 |
|  | Review status reply of Hacienda's reply to objection. | 0.60<br>250.00/hr | 150.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/20/2016 | Review document, RE: production of documents. | 0.80 250.00/hr | 200.00 |
| 7/21/2016 | Drafted first set of interrogatories and production of documents to Hacienda. | 2.20 125.00/hr | 275.00 |
| 7/29/2016 | Review of draft of answer to interrogatories production of documents. | 0.60 250.00/hr | 150.00 |
| 8/3/2016 | Analysis of Court Order DKT 17. Adv. Claim 10 | 0.10 125.00/hr | 12.50 |
| 8/8/2016 | Analysis of motion filed by defendants. Adv. Domenech | 0.20 125.00/hr | 25.00 |
| 8/9/2016 | Email from Mr. Sack. Re: Pool Room 10. | 0.20 125.00/hr | 25.00 |
|  | Phone call with IRS. Re: Claim 8 | 0.50 125.00/hr | 62.50 |
| 8/11/2016 | Analysis of Amended POC filed by IRS | 0.30 125.00/hr | 37.50 |
| 8/15/2016 | Filing of Dkt 237. Re: Claim 8 IRS | 0.10 125.00/hr | 12.50 |
|  | Drafted motion to withdraw objection to claim 8 | 1.00 125.00/hr | 125.00 |
| 8/16/2016 | Receipt, review and lodging of order granting withdraw of objection to IRS claim. | 0.30 250.00/hr | 75.00 |
| 9/8/2016 | Cable TV. Legal research of Act. 213-1996 arg. Regulation 7848 in order to address complaint in JRTC. | 1.50 125.00/hr | 187.50 |
|  | Review Hacienda / IVU | 0.80 250.00/hr | 200.00 |
| 9/16/2016 | Review and analyzed answer to objection to claim DKT 253. | 1.60 125.00/hr | 200.00 |
|  | Review and analyzed amended claim 8 filed by IRS. | 0.30 125.00/hr | 37.50 |
| 9/28/2016 | Amended request for production of documents and added further questions. | 3.60 125.00/hr | 450.00 |
|  | drafting and sending email or memo to Lcda. Rodriguez. | 0.20 125.00/hr | 25.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/28/2016 | Review final draft production of documents - objection to claim IVU | 0.60 250.00/hr | 150.00 |
|  | Status production of documents request. | 0.30 250.00/hr | 75.00 |
|  | SUBTOTAL: | [        69.20 | 9,725.00] |
|  | TOURISM CLAIM |  |  |
| 5/2/2016 | Worked on draft of objection to claim 4. | 1.10 125.00/hr | 137.50 |
| 5/6/2016 | Review arguments against monies claimed by Tourism. | 0.60 250.00/hr | 150.00 |
| 5/13/2016 | Legal Research of Tourism internal regulation to request Bond. | 0.70 125.00/hr | 87.50 |
|  | Review and analyzed letter sent by Tourism to request Bond for adequate assurance. | 0.50 125.00/hr | 62.50 |
| 5/16/2016 | Review final draft and objection to Tourism claim. | 0.60 250.00/hr | 150.00 |
| 5/20/2016 | Receiving email or memo from Mr. Sack regarding reply to request for Bond from Tourism. | 0.40 125.00/hr | 50.00 |
| 6/2/2016 | phone conference with Lic. Lopez / RE: Tourism, request for manager reports. | 0.60 250.00/hr | 150.00 |
| 6/8/2016 | Receipt, review and lodging of first request for interrogatories by Tourism. | 0.80 250.00/hr | 200.00 |
|  | Email to Lic Bennazar / RE: information hearing requested by Tourism. | 0.60 250.00/hr | 150.00 |
| 6/13/2016 | Recurred email from Mr. Sacks, review interrogatories and production of documents. | 0.60 250.00/hr | 150.00 |
| 6/20/2016 | Conference; RE: request for production of documents and interrogatories. | 1.00 250.00/hr | 250.00 |
|  | Meeting with Fullana Re: Production of Documents sent by Tourism | 1.00 125.00/hr | 125.00 |
| 6/24/2016 | phone conference CPA Rivera; RE report prepared for Tourism. | 0.60 250.00/hr | 150.00 |
| 7/6/2016 | Email CPA Rivera, RE: Tourism production of documents. | 0.40 125.00/hr | 50.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2016 | Draft letter to Tourism additional time to reply to production of documents. | 1.00 250.00/hr | 250.00 |
| 7/20/2016 | Review and analyzed documents sent by CPA, RE: Turismo Claim. | 1.00 125.00/hr | 125.00 |
| | Receipt, review and lodging of manager reports. | 1.00 250.00/hr | 250.00 |
| 7/22/2016 | phone call to CPA Rivera, RE: expert report on Tourism claim. | 1.40 125.00/hr | 175.00 |
| 7/28/2016 | phone call with CPA Rivera, RE: Tourism | 1.00 125.00/hr | 125.00 |
| | phone call with Mr. Sack, RE: Tourism interrogatories. | 1.00 125.00/hr | 125.00 |
| | phone call with Mr. Sack, RE: Manage's Report, Tourism claim. | 0.30 125.00/hr | 37.50 |
| | Email exchange, RE: discovery documents. | 0.60 250.00/hr | 150.00 |
| 7/29/2016 | Receiving email or memo from CPA Rivera, RE: amended expert report and missing period | 0.40 125.00/hr | 50.00 |
| | phone call to CPA Rivera, RE: final draft of amended report for Tourism claim. | 0.60 125.00/hr | 75.00 |
| | Analysis and examination of amended report, RE: Tourism claim. | 1.20 125.00/hr | 150.00 |
| | email document/ memo  received from Mr. Sack, RE: Tourism and Room Tax. | 0.30 125.00/hr | 37.50 |
| | Email to Lcda. Lopez, RE: Interrogatories. | 0.30 125.00/hr | 37.50 |
| 8/2/2016 | Preparation for meeting with CPA Rivera and Mr. Sack. | 1.00 125.00/hr | 125.00 |
| 8/3/2016 | Meeting with client representative claims Tourism, IVU and Domenech. | 2.00 250.00/hr | 500.00 |
| | Receiving email from CPA Rivera. Re: production of documents. | 0.20 125.00/hr | 25.00 |
| | Meeting with Mr. Sack, CPA Rivera and Lcda. Fullana. Re: Claim 4 | 2.00 125.00/hr | 250.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/2016 | Receiving email from Mr. Sack Re: production of documents. | 0.20<br>125.00/hr | 25.00 |
| 8/8/2016 | Receiving email from Mr. Sack. Re: Juan Bruno and Reports | 0.30<br>125.00/hr | 37.50 |
| 8/12/2016 | Email from Lcda. Lopez. Re: Production of documents | 0.40<br>125.00/hr | 50.00 |
| 8/25/2016 | Receipt, review and lodging of manager reports 2005 - 2013 | 0.80<br>250.00/hr | 200.00 |
|  | Email to CPA Rivera: RE: Managerial Reports, Tourism claim | 0.30<br>125.00/hr | 37.50 |
| 8/26/2016 | Review and analyzed Documents submitted by Juan Bruno on Tourism and Hacienda. | 1.80<br>125.00/hr | 225.00 |
| 8/29/2016 | Review and analyzed signed answers to interrogatories before submitting them to Tourism. | 0.40<br>125.00/hr | 50.00 |
|  | Drafted letter to Tourism, RE: Rule 26(e) supplest | 1.30<br>125.00/hr | 162.50 |
| 9/1/2016 | Email to Mr. Sack to request info on Marketing Fee and CPA reports. | 0.40<br>125.00/hr | 50.00 |
|  | Receiving email or memo from Mr. Sack, RE: marketing costs. | 0.40<br>125.00/hr | 50.00 |
| 9/2/2016 | email document/ memo  received from Mr. Sack, Re: marketing expenses of Room 10. | 0.60<br>125.00/hr | 75.00 |
| 9/16/2016 | Review, analyzed and lodged motion for hearing filed by Tourism, Re: exhibits in Spanish. | 0.10<br>125.00/hr | 12.50 |
|  | Meeting with Lcda. Fullana to discuss Tourism's response and strategy for reply. | 1.00<br>125.00/hr | 125.00 |
|  | Review and analyzed order setting due date for P.T report on claim 4. | 0.20<br>125.00/hr | 25.00 |
|  | Drafted motion for leave to file, reply motion to DKT 253 | 1.10<br>125.00/hr | 137.50 |
|  | Email exchange with Mrs. Feliciano, RE: postal address of notifications from Tourism. | 0.30<br>125.00/hr | 37.50 |
|  | Receipt, review and lodging of discussion of reply to objection to Tourism's claim | 1.00<br>250.00/hr | 250.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/19/2016 | Meeting with Lcda. Fullana to discuss possible classification of Tourism as a recourse creditor. | 0.40 125.00/hr | 50.00 |
| 9/26/2016 | Review and analyzed court order, DKT 262 | 0.20 125.00/hr | 25.00 |
| | SUBTOTAL: | [    36.00 | 5,975.00] |
| | For professional services rendered | 328.70 | $54,612.50 |
| | Additional Charges : | | |
| 4/12/2016 | Postage: Doc 152 - filed 04/12/16 amended notice certificate of mailing. | | 8.50 |
| | Doc 152 filed 4/12/16 - Amended notice and certificate of mailing. | | 1.90 |
| 4/13/2016 | Notice del 28 de marzo - 2016, del CPA Pedro J. Rivera. | | 1.30 |
| 4/25/2016 | Doc 153 filed 4/25/16 - Objection to claim 8 filed by IRS. | | 2.40 |
| 4/26/2016 | Postage: Doc 153 filed 04/25/16 - objection to claim  8 - filed by IRS | | 2.10 |
| | Postage: Doc 157 filed 04/26/16 - objection to claim 8 filed by IRS. | | 2.50 |
| | Order - Doc 156 filed 04/20/16 | | 0.10 |
| | Doc 157 filed 04/20/16 - Objection to claim 8 filed by IRS. | | 3.70 |
| 4/28/2016 | Doc 158 filed 4/27/16 - Certificate of service. | | 0.40 |
| | Email para confirmar reunion con AEE para el 10 de mayo. | | 0.20 |
| 5/2/2016 | Postage:Doc 160 filed 05/02/2016 - Objection to claim 16 filed by the PR Department of Treasury. | | 4.20 |
| | Email del 28 de abril de 2016 - AEE Bond | | 0.20 |
| | Financial statement - April 30 de 2014 | | 1.30 |
| | Doc 160 filed 2/may/16 - Objection to claim 16 filed by the PR Department of Treasury. | | 5.50 |
| 5/6/2016 | Mensajería: Entregar en AEE. | | 10.00 |
| | Demanda de Tourism | | 1.30 |
| 5/9/2016 | Tourism, contestacion a la Demanda | | 1.00 |
| | Tourism - Escrito de HDP en cumplimiento de orden y oposicion a solicitud de embargo. | | 0.30 |

| | | Amount |
|---|---|---|
| 5/9/2016 | Solicitud de reseñalamiento de conferencia sobre el estado de procedimientos | 0.20 |
| | AEE - agreement of indemnity - Universal Insurance | 0.50 |
| 5/10/2016 | Postage: Notice and certificate of mailing. | 8.50 |
| 5/12/2016 | Notice and certificate of mailing. | 1.90 |
| | Doc 163 filed 5/3/16 - United States Trustee's objection to debtor's disclosure statement. | 0.60 |
| 5/16/2016 | Postage: Objection Claim 4 Tourism. | 7.85 |
| | Objection Claim 4 - Tourism file copy and notices pursuant Rule 9014 (b) | 14.00 |
| 5/18/2016 | Postage: Objection claim 17, Hacienda. | 1.40 |
| | Objection claim 17 - Hacienda - File copy and notice pursuant to Rule 9014 (b) | 2.50 |
| 5/31/2016 | Doc 183 United States response to debtor's objection to claim. | 0.30 |
| 6/2/2016 | Postage:United States response to Debtor's objection to claim - Doc. 183 filed 5/31/2016 - | 0.55 |
| | United States response to debtors objection to claim - Doc 183 filed 5/31/2016. | 0.90 |
| 6/6/2016 | Motion to compel assumption or rejection of executory contract. | 0.45 |
| 6/7/2016 | Doc 187-188 filed 6/7/2016 - motion for entry of order granting objection to claim 6 | 0.45 |
| 6/9/2016 | Doc 184 filed 6/2/2016 - motion for entry of order regarding contested matter with IRS | 0.30 |
| 6/10/2016 | Lista de cheques y facturas de AEE | 3.15 |
| 6/16/2016 | online request for  certification from registry | 15.00 |
| | Doc 193 filed 6/15/16 - motion for extension of time | 0.30 |
| 6/23/2016 | Notice of electronic filing (Doc-200 y 201) | 0.90 |
| 6/27/2016 | Postage: Doc 202 - motion as to  assumption of executory contract. | 9.25 |
| 7/15/2016 | Cost of parking | 6.00 |
| | Cost of parking | 2.00 |
| 8/1/2016 | Copias | 212.00 |
| | Doc 5 notice electronic filing. | 0.40 |

| | | Amount |
|---|---|---:|
| 8/1/2016 | Doc 16 filed 07/29/2016 - Report in compliance with order at docket no. 13 | 0.40 |
| | Doc 7 - filed 07/30/2016 - order and notice preliminary pretrial and scheduling conference. | 0.80 |
| | Doc 216 filed 7/15/16 - limited objection to motion as to assumption of executory contracts | 0.60 |
| | Doc 202 filed 6/27/16 - motion as to assumption of executory contracts. | 1.40 |
| | Doc 217 filed 7/19/16 - motion of information status of contested matter between debtor and IRS. | 0.40 |
| | Doc 218 filed 7/19/16 - motion to quash PRCI loans LLC's intervention for lack of standing. | 1.60 |
| | Doc 214 filed 7/15/16 - motion to inform that no objection to debtors motion to assume certain executory contracts docket 202 | 0.40 |
| | Delivery Cost<br>Certificate sobre en el correo | 25.00 |
| | Postage:<br>Doc 3 filed 7/22/16 urgent motion to request write to secure effectiveness of judgment. | 1.45 |
| | Postage:<br>Doc 6 -- filed 07/28/16 & 07/22/16 - summons complaint. | 8.50 |
| 8/4/2016 | Copias | 0.60 |
| 8/10/2016 | Postage: Sobre dirigido al Sr. Rabino Witz, fue devuelto por el correo. | 2.10 |
| | Postage: Doc 202 filed 6/27/16 - Motion of executor contracts  Doc 214 filed 7/15/16- motion to inform that no objection to Debtor's | 0.77 |
| 8/23/2016 | Postage: Sobre devuelto | 0.55 |
| 8/27/2016 | | 159.00 |
| 9/1/2016 | Delivery Cost-Entregar Lcda. Giselle Lopez. | 20.00 |
| | Copias | 1.40 |
| 9/16/2016 | costs interpreter o traductor; RE: Propiedad 3834-Rincon | 325.00 |
| 9/28/2016 | Postage:First set of interrogatories and notice of request of production of documents | 1.25 |
| 9/30/2016 | Scans | 6.00 |

|  |  | Amount |
|---|---|---|
| 9/30/2016 | Copies | 163.60 |
|  | SUBTOTAL: | [   1,057.12] |
|  | Adversary matters,filing drafting |  |
| 7/7/2016 | fees to be paid upon filing adversary proceeding   Debtor v. Domenech | 350.00 |
| 9/22/2016 | fees to be paid upon filing adversary proceeding  Debtor vs. Inmobiliaria T & C | 350.00 |
|  | SUBTOTAL: | [      700.00] |
|  | Total costs | $1,757.12 |
|  | Total amount of this bill | $56,369.62 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID.  PLEASE INCLUDE INVOICE NUMBER.   THANK YOU.


S/ Isabel M. Fullana